Maurice Foye
3525 E Elizabethtown rd,
Lumberton NC, 28358



(Clerk of Court)
- Civil Motion

RECEIVED
AUG 04 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

310 New Bern Ave #174,
Raleigh, NC 27601