Exhibits as attachment to Complaint.

Case # 5:25-ct-03077-FL

(Exhibits 1-10)

FILED
SEP 05 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK


Exhibit 1



# ROBESON COUNTY
# SHERIFF'S OFFICE

120 Legend Road
Lumberton, NC 28358

## CONSENT TO SEARCH

I, JaKiya Chatman/Maurkices Foye give permission to Officers of the Robeson County Sheriff's Office to search the PERSONAL or REAL PROPERTY located at

616 RV Moss Neck Road, Lot 29, Lumberton NC 28360

_____
(Location)

and described as follows (Specify description of Property and areas to be searched; if for automobiles, include make, model, color and VIN):

A Kitchen cabinet and other areas.

I am the lawful possessor, occupant or owner of the property described above. I willingly grant my consent to this search and seizure of any contraband or criminal evidence found. This written permision is given by me voluntarily and without threats or promises of any kind being made to me.

Maurkice Foye          09-01-1999

Signed: JaKiya Chatman   DOB: ▇▇▇▇▇▇

Address: 616 Moss Neck Road, Lot 29, Lumberton NC 28360

Witness: [signature]     Date: 10-6-2021

                         Date: _____

Place: _____



## FACTS SUPPORTING GUILT

**LIST FACTS SUPPORTING DEFENDANT'S GUILT:**

...E STATED TO DEPUTIES THAT THERE WAS A FIREARM INSIDE THE ...SIDENCE.

...TH STATED THAT HE HEARD GUNSHOTS FROM THE RESIDENCE.
...ITH STATED THAT HE SEEN A FEMALE JUMP OUT A WINDOW.

CHATMAN STATED THAT SHE HEARD A GUN SHOT BUT DIDNT KNOW WHERE IT CAME FROM.

## COMMENTS

STATE ANY COMMENT YOU WISH TO MAKE CONCERNING THIS CASE ABOUT THE DEFENDANT:

THE DFENDANT WAS CONVICTED OF BREAKING AND ENTERING A M/V IN JOHNSTON COUNTY SUPERIOR COURT ON 03/01/2018.

**DEFENDANT'S CRIMINAL HISTORY:**

ATTACH A COPY OF DEFENDANT'S CRIMINAL HISTORY FROM N.C.I.C WITH THIS REPORT. IF DEFENDANT HAS NONE, ATTACH THE N.C.I.C. DOCUMENT INDICATING THIS AS WELL. (After obtaining a history from the computer, please make a separate dark copy of the history on a copier insted of attaching the lenghty computer generated report. Make sure to allow a space at the top and bottom of the report while copying.)

ATTACH A REQUEST FOR A CERTIFIED COPY OF THE DEFENDANT'S CRIMINAL RECORD FROM THE COUNTY CLERK OF COURTS OFFICE WITH REPORT. (Even though you submit two felony reports to the D. A.'s office, only one of these requests is necessary.)

**DEFENDANT'S NAME: MAURKICE FOYE**


Exhibit 3

# STATE OF NORTH CAROLINA
ROBESON County

NOTE: Do not use this form for cases covered by G.S. 20-138.4. Use form AOC-CR-339 instead.

File No. 21CR 54851; 21CR 54852

In The General Court Of Justice
☒ District ☐ Superior Court Division

**STATE VERSUS**

Defendant Name: MAURICE FOX

## DISMISSAL
## NOTICE OF REINSTATEMENT
(For Offenses Committed On Or After Dec.1, 2013)

G.S. 15A-302(e), -931, -932

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 21CR 54851 | 1 | PFBF |
| 21CR 54852 | 1 | AOF |

☐ See Additional File Numbers And Offenses on Side Two.

☒ **DISMISSAL**
NOTE: Recall all outstanding Orders For Arrest in a dismissed case.
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
☐ 1. No crime is charged.
☐ 2. There is insufficient evidence to warrant prosecution for the following reasons:

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. The defendant was charged as the result of ☐ defendant's identity being used without permission. ☐ mistaken identity.
(NOTE TO PROSECUTOR: You must notify the Court of this dismissal. The Court should use AOC-CR-263, Order Of Expunction Under G.S. 15A-147(a1) (Identity Theft Or Mistaken Identification) to expunge charges.)
☒ 5. Other: (specify) ☐ See additional information on reverse.
PW NOT IN COURT, LACK OF EVIDENCE.

A jury has not been impaneled nor has evidence been introduced. (If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
NOTE: Pursuant to the repeal of G.S. 15A-1009, the prosecutor can no longer dismiss charges with leave for defendants found incapable to proceed.

NOTE: This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.
Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.

Date: 10/28/22
Name Of Prosecutor (type or print): [signature]
Signature Of Prosecutor: [signature]

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.
Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor

AOC-CR-307B, (Over)

Maurice Fox



Exhibit #4

# INVESTIGATOR STATEMENT

OCA: 2021-05180

DATE: 02/25/2022

DET. MATTHEW LASSITER

DEFENDANT: MAURKICE FOYE

    THIS REPORT CONTAINS INFORMATION REGARDING A DOMESTIC DISTURBANCE THAT OCCURRED AT 616 MOSSNECK RD. IN LUMBERTON, NC LOT 29, ON WEDNESDAY, OCTOBER 06, 2021.

    JAKIYA CHATMAN STATED SHE HAS BEEN WITH HER BOYFRIEND MAURKICE FOYE FOR ABOUT 3 YEARS. CHATMAN STATED THEY WERE HAVING AN ARGUMENT THIS MORNING. CHATMAN STATED SHE JUMPED OUT THE WINDOW OF HER TRAILER. CHATMAN STATED SHE HEARD A GUNSHOT BUT DID NOT KNOW WHERE IT COME FROM.

    MAURKICE FOYE STATED HIMSELF AND HIS GIRLFRIEND JAKIYA CHATMAN WERE HAVING AN ARGUMENT THIS MORNING OVER FACEBOOK MESSAGES ON HIS PHONE. FOYE STATED THERE WAS A GUN IN THE HOUSE.

    CALEB SMITH STATED HE WAS DOING WORK IN THE TRAILER PARK WHEN HE HEARD A FEMALE SCREAMING. SMITH STATED HE HEARD ONE- OR TWO-GUN SHOTS COME FROM THE DIRECTION OF THE FEMALE SCREAMING. SMITH STATED HE LOOKED AT THE TRAILER AND SAW A FEMALE JUMP OUT A WINDOW AND START SCREAMING FOR HELP. SMITH STATED THE FEMALE RAN TO THE BACK OF THE TRAILER. SMITH STATED HE SAW A MALE SUBJECT GO OUT OF THE HOUSE TO THE FEMALE AND PULL HER BACK INTO THE HOUSE. SMITH STATED HE CALLED 911.

    ON WEDNESDAY, OCTOBER 06, 2021, DEPUTY ANDREWS WAS DISPATCHED TO 616 MOSSNECK RD. LUMBERTON, NC LOT 29 IN REFERENCE TO A DOMESTIC DISTURBANCE WITH SHOTS FIRED. WHEN DEPUTY ANDREWS ARRIVED, DEPUTY ANDREWS OBSERVED THE ADDRESS TO BE A SINGLEWIDE MOBILE HOME WITH THE FRONT DOORWAY SLIGHTLY OPEN AND A FRONT WINDOW OPEN WITH THE WINDOW DRAPES PUSHED OUTSIDE. DEPUTY ANDREWS KNOCKED ON THE SIDE OF THE MOBILE HOME AND VERBALLY ANNOUNCED HIS PRESENCE. DEPUTY ANDREWS OBSERVED THE SLIGHTLY OPEN FRONT DOOR CLOSE SHUT. DEPUTY ANDREWS CONTINUED TO REQUEST ANYONE INSIDE THE RESIDENCE TO COME OUT AS HE CALLED FOR ANOTHER UNIT TO HIS LOCATION. DEPUTY ANDREWS CHECKED AROUND THE OUTSIDE OF THE RESIDENCE AND COULD HEAR MOVING FROM INSIDE THE RESIDENCE. AS DEPUTY ANDREWS WAITED FOR ANOTHER UNIT TO ARRIVE, THE FRONT DOOR OF THE RESIDENCE OPENED, AND A BLACK FEMALE EXITED THE RESIDENCE.

    DEPUTY ANDREWS REQUESTED THE BLACK FEMALE COME TOWARDS HIM AS HE STOOD A DISTANCE FROM THE RESIDENCE. AS THE BLACK FEMALE GOT CLOSER TO DEPUTY ANDREWS, HE COULD OBSERVE THE BLACK FEMALE HAD A SWOLLEN LEFT EYE WITH MARKS AROUND IT. DEPUTY ANDREWS ASKED THE BLACK FEMALE IF ANYONE ELSE WAS INSIDE THE RESIDENCE THEN OBSERVED A BLACK MALE EXIT THE FRONT DOOR OF THE RESIDENCE. DEPUTY ANDREWS WALKED OVER TO THE

MAURKICE FOYE WAS TRANSPORTED TO THE ROBESON COUNTY SHERIFF'S OFFICE FOR ESSING. FOYE WAS READ HIS MIRANDA RIGHTS AND AGREED AND SIGNED HIS RIGHTS AGREEING TO SPEAK WITH ME. FOYE STATED THAT HE AND HIS GIRLFRIEND GOT INTO A HEATED ARGUMENT OVER SOMEONE MESSAGING HIM ON FACEBOOK. FOYE STATED THAT HIS GIRLFRIEND OWNED A GUN AND THAT HE NEVER KNOWS WHERE SHE KEEPS IT BECAUSE HE IS A CONVICTED FELON. FOYE STATED THAT THERE WAS NO PHYSICAL ALTERCATION THAT THE ALTERCATION WAS ONLY VERBAL. FOYE STATED THAT THE GUN WAS NEVER INVOLVED IN THE INCIDENT. FOYE STATED THAT HE TOLD THE MALE DEPUTY THAT THERE WAS A FIREARM IN THE HOUSE. FOYE STATED THAT THE GUN WAS A 9MM THAT HE DIDN'T KNOW WHAT KIND OF GUN IT WAS. FOYE STATED THAT CHATMAN HAD THE GUN FOR ABOUT 3 WEEKS. FOYES BROTHERS GIRL FRIEND PURCHASED THE GUN FOR CHATMAN. FOYE DENIED THAT HE HAS EVER HELD THE GUN OR SHOT THE GUN. FOYE STATED THAT CHATMAN ATTEMPTED TO LEAVE THE RESIDENCE THROUGH THE FRONT DOOR. FOYE STATED THAT HE STOPPED CHATMAN AND SAID WE GONE TALK. FOYE STATED THAT CHATMAN WENT TO THE BEDROOM AND WENT OUT THE WINDOW. FOYE DENIED HAVING A FIST FIGHT WITH CHATMAN IN THE LIVINGROOM. FOYE STATED THAT HE DIDN'T KNOW WHERE THE FIREARM WAS LOCATED. FOYE STATED THAT HE DIDN'T KNOW THAT CHATMAN HAD LEFT OUT THE WINDOW. FOYE WAS CHARGED WITH POSSESSION OF FIREARM BY CONVICTED FELON AND SIMPLE ASSAULT ON A FEMALE. FOYE WAS TAKEN BEFORE A MAGISTRATE WHERE HE RECIEVEFD A 10,000.00 DOLLAR SECURED BOND FOR THE POSSESSION OF FIREARM BY CONVICTED FELON AND A NO BOND FOR THE ASSAULT ON A FEMALE.



Maurkice Foye

3525 E Elizabethtown Rd

Lumberton, NC, 28358

Maurkicef@gmail.com]

910-777-9811

May 15, 2025

Public Records Officer

Robeson County Sheriff's Office

120 Legend Road

Lumberton, NC 28358

Subject: North Carolina Public Records Request - Defendants in Civil Case No. 5-25-CT-03077

Dear Records Officer,

- First Sargent lewis
- Detective Matthew lassiter
- James Obershea
- Deputy Andrews
- Deputy Vazquez

Pursuant to the North Carolina Public Records Law (N.C. Gen. Stat. § 132-1 et seq.), I am requesting access to and copies of all public records related to any and all defendants named in Civil Case No. 5-25-CT-03077.

Specifically, I request the following documents:

- Internal reports, complaints, or disciplinary actions involving any of the named defendants

- Use-of-force reports or incident reports related to the defendants

- Internal memos or emails referencing the defendants in relation to the lawsuit or related events

- Body camera footage or other audio/video evidence associated with the case (if applicable)

- Any other documentation relating to investigations or administrative actions involving these individuals

- Video footage from the interview between Maurkice Foye and Detective Matthew Lassiter and James Obershea conducted on December 13th, 2022 between the hours of 9am-2pm located at the Robeson County Sheriff's Office.

If these records exist in electronic format, I prefer to receive them by email. If any part of this request is den

If any fees will be charged, please notify me in advance if the total will exceed [insert your dollar limit, e.g.,

Thank you for your assistance in this matter. I look forward to your response within a reasonable timeframe

Sincerely,

Maurkice Foye



Public Records Request Confirmation Form

Submitted to: Robeson County Sheriff's Office

Requestor Name: Maurkice Foye

Date of Submission: 05/15/2025

Records Requested:

All public records relating to defendants named in Civil Case No. 5-25-CT-03077, including internal reports, complaints, video/audio evidence, and related documentation.

Method of Submission:

[X] In person  [ ] Email  [ ] Mail  [ ] Fax

Office Representative Receiving Request:

Name: _Ronald Grafton_

Signature: _____

Date: _5/15/2025_  _10:59_

Expected Response Timeframe (per NC Public Records Law):


Exhibit 7

Maurkice Foye

3525 E Elizabethtown Rd

Lumberton, NC, 28358

Maurkicef@gmail.com]

910-777-9811


May 15, 2025


Public Records Officer

Robeson County Sheriff's Office

120 Legend Road

Lumberton, NC 28358


Subject: North Carolina Public Records Request - Defendants in Civil Case No. 5-25-CT-03077


Dear Records Officer,


Pursuant to the North Carolina Public Records Law (N.C. Gen. Stat. § 132-1 et seq.), I am requesting access to and copies of all public records related to any and all defendants named in Civil Case No. 5-25-CT-03077.


Specifically, I request the following documents:

- Internal reports, complaints, or disciplinary actions involving any of the named defendants

- Use-of-force reports or incident reports related to the defendants

- Internal memos or emails referencing the defendants in relation to the lawsuit or related events

- Body camera footage or other audio/video evidence associated with the case (if applicable)

- Any other documentation relating to investigations or administrative actions involving these individuals

- Video footage from the interview between Maurkice Foye and Detective Matthew Lassiter and James Obershea conducted on December 13th, 2022 between the hours of 9am-2pm located at the Robeson County Sheriff's Office.

If these records exist in electronic format, I prefer to receive them by email. If any part of this request is den

If any fees will be charged, please notify me in advance if the total will exceed [insert your dollar limit, e.g.,

Thank you for your assistance in this matter. I look forward to your response within a reasonable timeframe

Sincerely,

Maurkice Foye



## Receipt of FOIA Follow-Up Submission

This document serves as confirmation that a follow-up letter regarding a public records request was prepared and submitted to the Robeson County Sheriff's Office.

Details of Submission:

- Date of Original Request: April 15, 2025

- Date of Follow-Up Letter: May 27, 2025

- Subject: Request for records related to Case No. 5:25-ct-03077

- Request Submitted To: Robeson County Sheriff's Office

 Address: 120 Legend Rd, Lumberton, NC 28358

 Email: info@robesoncoso.org

The follow-up letter requests access to bodycam footage, incident reports, and related documents associated with an incident occurring on October 6, 2021.

This receipt is generated for documentation and personal recordkeeping purposes.

Sign: *[signature]*
Date: 5-27-25

Date: June 3, 2025

**Exhibit 9**

To: Robeson County Sheriff's Office

Attn: Public Records Custodian

120 Legend Rd

Lumberton, NC 28358

**Subject: Third and Final Follow-Up - Formal Complaint Regarding Failure to Respond to Public Records request**

Dear Records Custodian,

I am writing to express serious concern regarding your offices continued failure to respond to a public records request I submitted on May 15, 2025, pursuant to North Carolina General Statutes Chapter 132 Public Records Law. I submitted a follow-up communication on May 27, 2025, and as of today, it has been 18 days without any response, acknowledgment, or justification for the delay.

Under N.C. Gen. Stat. 132-6(a), public agencies are legally obligated to make public records available for inspection and copying as promptly as possible. This obligation is not subject to internal discretion or workload excuses. The Robeson County Sheriff's Offices continued silence not only contradicts the statutes clear language but also obstructs the principles of transparency and public accountability fundamental to North Carolina law.

To reiterate:

- Original Request Submitted: May 15, 2025

- Follow-Up Request Submitted: May 27, 2025

*Exhibit 10*

## CONFIRMATION OF LEAVING DOCUMENTS

### Third and Final Follow-Up - Public Records Request

Date: June 03, 2025

To: Robeson County Sheriff's Office

   120 Legend Rd

   Lumberton, NC 28358

From: Maurkice Foye

   3525 E Elizabethtown road TRL 114

   Lumberton, Nc 28358

   910-777-9811

Maurkicef@gmail.com

RE: Third and Final Follow-Up Regarding Public Records Request Pursuant to N.C. Gen. Stat. 132-1 et seq.

This document serves as formal confirmation that on June 3, 2025, I personally appeared at the Robeson County Sheriffs Office to conduct a third and final follow-up regarding my previously submitted public records request.

- The initial request was made on May 15, 2025.

- A first follow-up was conducted on May 27, 2025.

- Today marks my third and final in-person follow-up before initiating legal action.

No new copies of the request or follow-up documentation were left today, as the original and prior follow-ups were already provided and should be on record.

This visit is being documented to demonstrate continued good faith efforts to resolve this matter informally and to give the Robeson County Sheriffs Office one final opportunity to comply with its obligations under the North Carolina Public Records Law.

If no response or production is received promptly, I will proceed with the appropriate legal steps to compel compliance.

Sincerely,

Maurkice Foye

Sign: _[signature]_

Date: 6-3-25