Maurkice Foye
v
James Obershea, et al.

Exhibit index
A – E

FILED
NOV 24 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case #5:25-ct-03077-FL

Date: 11/18/25

*Maurkice Foye* (signature)

# PLAINTIFF'S EXPLANATION OF EXHIBITS  A - D



## Exhibit A – North Carolina Statutes on Possession of a Firearm by a Felon and Constructive Possession

Exhibit 1 contains the applicable North Carolina statutory provisions concerning possession of a firearm by a convicted felon, including the doctrine of constructive possession. This exhibit is submitted to establish the legal standards relevant to the underlying incident and to provide context for the Plaintiff's assertions that the governing law was misunderstood or misapplied by personnel within the Robeson County Sheriff's Office.

---

## Exhibit B – Physician's Notes Documenting Diagnoses of PTSD, Acute Stress Reaction, and Anxiety

Exhibit 2 consists of medical documentation from a licensed healthcare provider diagnosing the Plaintiff with Post-Traumatic Stress Disorder (PTSD), Acute Stress Reaction, and Anxiety. This exhibit is offered to substantiate the Plaintiff's claim of emotional and psychological harm resulting from the incident described in the Complaint. The records demonstrate that the Plaintiff sought and required medical evaluation and treatment following the encounter at issue.

**Exhibit C – Photograph Identifying Lt. Thompson (Robeson County Sheriff's Office)**

Exhibit 3 is a photograph identifying Lt. Thompson, an employee of the Robeson County Sheriff's Office. Although Lt. Thompson is not named as a defendant in this action, this exhibit is submitted to illustrate conduct by personnel within the agency that is relevant to the Plaintiff's allegations regarding the office's internal practices, culture, and treatment of citizens. The photograph is provided solely for identification and context concerning the behavior described in the Plaintiff's supporting statements.

---

**Exhibit D – Photograph Identifying Officer Ronald Simmons (Robeson County Sheriff's Office)**

Exhibit 4 is a photograph identifying Officer Ronald Simmons, an employee of the Robeson County Sheriff's Office who is likewise not a named defendant. This exhibit is submitted to demonstrate additional examples of interactions between Sheriff's Office personnel and the Plaintiff that are relevant to showing the environment, demeanor, and manner in which citizens— including the Plaintiff—were addressed or treated. The photograph is provided solely to identify the individual referenced in the Plaintiff's account.