Exhibit B

# BH Outpatient Adult Treatment Plan
## 11/10/25
**Effective from: 11/10/2025  Effective to: 11/10/2026**

Plan ID: 113534

## Participants
You: **Maurkice**
Your team: ███ Jones, LCSW-A (Social Worker)

## Patient Demographics

| Patient Name | Gender | DOB | SSN | Address | Phone |
|---|---|---|---|---|---|
| Foye, Maurkice | Identity Male | ███ 9 | xxx-xx-9999 | 117 Ridge Dr Saint Pauls NC 28384-8821 | 252-336-6256 (Home) 252-336-6256 (Mobile) *Preferred* |

## Treatment Plan assessment

Victoria Jones, LCSW-A  Last edited by ███ Jones, LCSW-A on 11/10/2025 1:48 PM EST

Clinican met with pt today to complete initial CCA and to create the treatment plan. Pt would like to start therapy.

### Template: Anxiety
#### Problem: Anxiety
- Dates: Start: 11/10/25
- Disciplines: Interdisciplinary, Physician

**Goal: LTG: Maurkice will score less than 5 on the Generalized Anxiety Disorder 7 Scale (GAD-7)**
- Dates: Start: 11/10/25
- Disciplines: Interdisciplinary, Physician

**Goal: STG: Maurkice will attend at least 80% of scheduled IOP sessions.**
- Dates: Start: 11/10/25
- Disciplines: Interdisciplinary, Physician

**Goal: STG: Maurkice will participate in at least 80% of scheduled individual psychotherapy sessions.**
- Dates: Start: 11/10/25
- Disciplines: Interdisciplinary, Physician

**Goal: STG: Maurkice will complete at least 80% of assigned homework.**
- Dates: Start: 11/10/25
- Disciplines: Interdisciplinary, Physician

**Goal: STG: Maurkice will practice problem solving skills 3 times per week for the next 4 weeks.**
- Dates: Start: 11/10/25
- Disciplines: Interdisciplinary, Physician

**Goal: STG: Report a decrease in anxiety symptoms as evidenced by an overall reduction in anxiety score by a minimum of 25% on the Generalized Anxiety Disorder Scale (GAD-7)**
- Dates: Start: 11/10/25
- Disciplines: Interdisciplinary, Physician

**Goal: STG: Maurkice will reduce frequency of avoidant behaviors by 50% as evidenced by self-report in therapy sessions.**
- Dates: Start: 11/10/25
- Disciplines: Interdisciplinary, Physician

**Goal: LTG: ***
- Dates: Start: 11/10/25

Template: PTSD/ Acute Stress Reaction
Problem: PTSD/ Acute Stress Reaction
    Dates         Start: 11/10/25
    Disciplines:    Interdisciplinary, Physician

Goal: Eliminate or reduce the negative impact trauma related symptoms have on social, occupational, and family functioning.
    Dates:       Start: 11/10/25   Expected End: 11/10/26
    Disciplines:   Interdisciplinary, Physician

Goal: No longer experiences intrusive event recollections, avoidance of event reminders, intense arousal, or disinterest in activities or relationships.
    Dates:       Start: 11/10/25   Expected End: 11/10/26
    Disciplines:   Interdisciplinary, Physician

Page 4 of

Goal: LTG: ***
    Dates:       Start: 11/10/25   Expected End: 11/10/26
    Disciplines:   Interdisciplinary, Physician

Goal: STG: ***
    Dates:       Start: 11/10/25   Expected End: 11/10/26
    Disciplines:   Interdisciplinary, Physician

Intervention: Patient will be able to identify, challenge, and replace biased, negative, and self-defeating thoughts resulting from the trauma.
    Dates:       Start: 11/10/25

Intervention: Participate in Exposure Therapy to reduce fear and avoidance associated with the trauma (i.e., imaginal exposure to process memories of the trauma).
    Dates:       Start: 11/10/25

Intervention: Patient will learn and implement guided self-dialogue to manage thoughts, feelings, and urges brought on by encounters with trauma-related situations.
    Dates:       Start: 11/10/25

Intervention: Patient will learn and implement personal skills to manage challenging situations related to trauma (e.g., calming skills, breathing retraining, relaxation, calming self-talk) to use in and between sessions when feeling overly distressed.
    Dates:       Start: 11/10/25

Intervention: Patient will take prescribed psychotropic medication if needed and commit to prescription compliance.
    Dates:       Start: 11/10/25

Intervention: Patient will implement learned coping skills and identify 2 benefits obtained as a result of decreasing disturbing symptoms
    Dates:       Start: 11/10/25

NOTICE OF EMOTIONAL-DISTRESS MEDICAL DOCUMENTATION IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FOYE

v.

OBERSHEA, et al.

*NOTICE OF EMOTIONAL-DISTRESS MEDICAL DOCUMENTATION* Plaintiff Maurkice Foye provides notice that he has begun formal outpatient mental-health treatment related to trauma arising from the events in the Complaint. Plaintiff has been diagnosed with PTSD, Acute Stress Reaction, and Anxiety Disorder. Plaintiff will produce medical documentation during discovery upon entry of a protective order and reserves the right to present provider testimony.

SUPPLEMENTAL DAMAGES STATEMENT Plaintiff has been diagnosed with PTSD, Acute Stress Reaction, and Anxiety Disorder as a direct result of Defendants' false arrest, coercion, malicious prosecution, and threats. Plaintiff suffers intrusive recollections, hypervigilance, avoidance, and impaired functioning. Plaintiff is in long-term trauma-focused treatment and seeks compensatory damages for emotional distress and long-term psychological harm.

SUMMARY OF MENTAL-HEALTH TREATMENT PLAN Patient:

Maurkice Foye Provider: Victoria Jones, LCSW-A Start Date: November 10, 2025 Duration: 12 months Diagnoses: - PTSD / Acute Stress Reaction- Anxiety Disorder Symptoms:

Intrusive recollections, avoidance, hypervigilance, anxiety, sleep disturbance, impaired daily functioning. Treatment: Trauma-focused psychotherapy, exposure therapy, CBT, mood tracking, coping-skills training, medication evaluation, weekly sessions. Clinical Significance: Confirms severe emotional distress, long-term trauma, and symptoms linked to the police incident.

Respectfully submitted, Maurkice Foye