Exhibit E

**Proposed Exhibit – Statement Regarding Officers Lt. Thompson and Officer Ronald Simmons (Robeson County Sheriff's Office)**

**Incident Location:** Robeson County Sheriff's Office

**Officers Involved:** Lt. Thompson and Officer Ronald Simmons

**Purpose of Visit:** Submission of documents and follow-up relating to public records / FOIA-related matters and communication with the Chief Deputy.

---

**Statement of Facts**

1. **Initial Contact With Officer Ronald Simmons**

On the date in question, while attempting to submit documents and obtain confirmation of receipt, I engaged with Officer Ronald Simmons of the Robeson County Sheriff's Office. During this interaction, Officer Simmons conducted himself in a manner that was unprofessional, dismissive, and obstructive.

Specifically, Officer Simmons repeatedly addressed me in a sarcastic tone, referring to me as *"buddy"* and *"friend,"* despite my clear and respectful requests for appropriate, professional communication. His use of these terms was not conversational; it was deliberately demeaning and meant to belittle my inquiries.

Additionally, when I attempted to contact or request communication with the Chief Deputy, Officer Simmons attempted to delay, divert, or prevent me from making that contact. His

Exhibit
2 E

conduct created unnecessary barriers to the administrative process and hindered my ability to complete a lawful public-records-related request.

2. **Encounter With Lt. Thompson**

Shortly thereafter, I engaged with Lt. Thompson regarding the same records-related matter. During this encounter, Lt. Thompson exhibited visible agitation and impatience. He spoke in an angry tone and ordered me to leave the building, despite my lawful presence for the purpose of submitting public documents.

When I requested that Lt. Thompson acknowledge receipt of my FOIA-related submissions—consistent with standard administrative procedure—he refused. He stated that he would *no longer sign or acknowledge any documents* related to the request. This refusal directly impeded the documentation process required to show that my submissions were received by the Sheriff's Office.

3. **Arrival of LT. Blount and Change in Conduct**

Approximately 30 minutes later, another officer, Lt. Blount, arrived and observed the ongoing situation. Once Lt. Blount became aware of the interaction and the issues surrounding the refusal to sign, Lt. Thompson's demeanor changed significantly. In the presence of Lt. Blount, Lt. Thompson became more professional, cooperative, and communicative.

After Lt. Blount observed the situation, Lt. Thompson agreed to acknowledge and sign the documents that he had previously refused to sign. This shift demonstrates that his earlier

refusal was not based on policy, procedure, or legitimate administrative grounds but instead on unprofessional conduct and personal hostility during the initial interaction.

---

### Relevance to the Broader Pattern of Conduct

The conduct of both Officer Simmons and Lt. Thompson—demeaning language, refusal to communicate professionally, refusal to acknowledge receipt of documents, and attempts to obstruct or delay administrative processes—reflects a breakdown in professionalism and procedural compliance within the Robeson County Sheriff's Office.

These incidents support the assertion that the environment within the department fosters or tolerates disrespectful and improper treatment of civilians using lawful channels to request public information or engage with supervisory personnel. Their behavior is indicative of systemic issues in the office's handling of public inquiries, transparency, and accountability.

---

### Conclusion

This exhibit documents the unprofessional, obstructive, and improper actions of Officer Ronald Simmons and Lt. Thompson during a routine administrative interaction. Their conduct directly interfered with my ability to submit and obtain acknowledgment of lawful public-records-related documentation and supports my broader claims regarding procedural failures and inappropriate conduct within the Robeson County Sheriff's Office.