117 ridge dr, lot 9,
St pauls, NC, 28384

Maurkice Foye

RECEIVED

NOV 24 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Clerk of Court

Case # 5:25-Ct-03077-FL

310 New Bern Ave # 174, Raleigh, NC, 27601

Retail
NOV 18, 2025
U.S. POSTAGE PAID
FCM LETTER
JACKSON, NC 27845
$1.36
27601
RDC 99
S2324P501686-05