Maurkice Foye

V

James Obershea, et al.

Exhibit index

F - J

FILED
DEC -1 2025

5:25-ct-3077-FL

Maurkice Foye

Date: 11/25/25