117 ridge dr,
Lot 9, St pauls, NC,
28384

Maurkice F[RECEIVED]

RECEIVED
DEC 01 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Clerk of Court
(Case #
5:25-ct-3077-FL)

310 New Bern Ave
#174, Raleigh, NC
27601