Maurkice Foye

v.

Detective lassiter, et al.

Exhibit Index

K - M

FILED
DEC -5 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

All in Support of plaintiffs Claims.

Case # 5:25-ct-3077

Sign: *Maurkice Foye*

Date: 12/02/2025

# PLAINTIFF'S EXHIBIT K

## COMPREHENSIVE ANALYSIS OF CAD/911 REPORT, INVESTIGATOR LASSITER'S NARRATIVE, AND HOMEOWNER'S SWORN STATEMENT

Supporting Plaintiff's Surviving Federal and State Claims

## I. PURPOSE OF EXHIBIT

This enhanced exhibit provides a litigation-ready, cross-referenced comparison between three critical sources of evidence:

1. **The CAD/911 Dispatch Report** generated contemporaneously on 10/06/2021.
2. **Investigator Matthew Lassiter's Recollection-Based Typed Narrative**.
3. **The Homeowner's (Chatman) Handwritten Statement** given on 10/06/2021.

This exhibit highlights material discrepancies, omissions, and embellishments that: - *Undermine probable cause. - Demonstrate fabrication or reckless disregard* for truth. - Strengthen every surviving claim permitted to proceed by the Court. - Suggest coordinated narrative formation among law enforcement. - Establish that the only eyewitness contradicts the officers' version in nearly every material area.

## II. KEY PRINCIPLE REGARDING LASSITER'S REPORT

The investigator's narrative was **not** written on the day of the incident. It was: - Typed by **Det. Lassiter,** - Created after interviewing officers and witnesses, - And contains internal contradictions and added details absent from the original CAD call.

Therefore, discrepancies in Lassiter's narrative should be understood as: - **Errors, distortions, or embellishments by Lassiter himself**, not inconsistencies by any witness.

This matters because **fabrication or reckless narrative creation by officers is unconstitutional** and directly supports Plaintiff's claims.

## III. FACT vs. NARRATIVE COMPARISON (CAD vs. Lassiter)

### A. Window Exit & Forced Re-entry

**Lassiter Narrative:** Claims a witness saw the homeowner jump out a window and saw Plaintiff pull her back in.

Exhibit K2

**CAD/911:** Caller only heard screaming. No window. No visual. No dragging inside. No identified individuals.

**Conclusion:** These details originate **entirely** from Lassiter. They are embellishments that create a false impression of danger or domestic kidnapping.

### B. Gunfire

**Lassiter Narrative:** Claims shots came from Plaintiff's direction.

**CAD/911:** Caller said they did **not** know where shots came from.

**Conclusion:** Directional knowledge was invented, not reported.

### C. Chatman's Statements

Lassiter alternates between saying Chatman heard a gunshot and didn't.

**CAD/911:** No mention of Chatman at all.

**Conclusion:** Contradictions are caused by Lassiter's recollection—not by Chatman.

### D. Plaintiff's Statements About a Firearm

Lassiter reframes Plaintiff's words to imply guilt.

**CAD/911:** No firearm information.

**Conclusion:** Narrative shaping by Lassiter undermines credibility and probable cause.

## IV. HOMEOWNER STATEMENT COMPARATIVE BREAKDOWN

This section compares the **homeowner's own handwritten statement** against Lassiter's narrative and the CAD.

### A. Homeowner says: "I hit Maurkice first."

This directly contradicts: - Lassiter's charge of Assault on a Female. - Any claim that Plaintiff was primary aggressor.

**Legal Impact:** Officers lacked probable cause to arrest Plaintiff for domestic assault when the alleged victim admits **she initiated force**.

## B. Homeowner says: "I didn't hear any gunshots."

This destroys: - Any firearm-based probable cause. - Lassiter's claim that gunshots came from Plaintiff's direction. - The officers' fabricated narrative of an armed domestic event.

**Legal Impact:** Entire gun-related justification collapses.

## C. Homeowner explains she left voluntarily through the window

She states she climbed out and went to the back door.

This contradicts: - Lassiter's forced re-entry allegation. - Claims of domestic kidnapping or restraint.

**Legal Impact:** There was **no exigent circumstance** justifying forced entry.

## D. Homeowner does NOT claim Plaintiff had a gun

She never: - Saw Plaintiff with a gun. - Heard a gunshot. - Suggested he fired a weapon.

**Legal Impact:** All firearm-based suspicion originated with Lassiter—not witnesses.

## E. Homeowner does NOT claim Plaintiff dragged or restrained her

This disproves: - Lassiter's "dragged inside" embellishment. - Officers' claims of domestic hostage-like behavior.

**Legal Impact:** The officers' narrative is exposed as constructed.

# V. HOW THE HOMEOWNER'S STATEMENT DESTROYS PROBABLE CAUSE

Probable cause requires facts that would lead a reasonable officer to believe a crime occurred.

*Here, all three key elements fail:*

## 1. Domestic Assault

- The alleged victim says she hit Plaintiff **first**.

- She never states Plaintiff assaulted her.

**Result:** No crime by Plaintiff.

## 2. Firearm Possession or Use

- No witness saw Plaintiff with a gun.
- No evidence a gun was fired.

**Result:** *Entire firearms narrative is fabricated.*

## 3. Exigent Circumstance / Forced Entry

Officers claimed: - Female jumped out window. - Plaintiff dragged her back in.

Homeowner contradicts both.

**Result:** The entry had no lawful justification.

# VI. PROBABLE CAUSE DEFECT MATRIX

| Required Element | Evidence Available | Defect |
| --- | --- | --- |
| Suspect ID | None from CAD or homeowner | Created by Lassiter |
| Domestic Assault | Homeowner admits SHE assaulted Plaintiff | Supports Plaintiff, not officers |
| Firearm Use | Homeowner heard NO shots | Fabricated narrative |
| Exigency | *No dragging, no danger* | Entry unconstitutional |
| Possession | Plaintiff denied; homeowner confirms | Narrative reshaped to imply guilt |

## VII. HOW DISCREPANCIES SUPPORT EACH SURVIVING CLAIM

### 1. Unlawful Search

Entry was based on fabricated facts—not witness statements.

### 2. False Arrest

No assault by Plaintiff; no gun; no exigent circumstances.

### 3. Malicious Prosecution

Contradictions show reckless disregard for the truth.

### 4. Civil Conspiracy

Multiple officers repeated the same false narrative.

### 5. False Imprisonment

Detention was based on invented details.

### 6. IIED

Outrageous conduct amplified by fabrication.

### 7. First Amendment Retaliation

Weak and inconsistent evidence suggests retaliatory prosecution.

### 8. Public Records Act Violations

Missing footage appears to conceal the truth.

---

## VIII. CONCLUSION

The homeowner's sworn statement is consistent, credible, and fully contradicts Lassiter's recollection-based narrative and the officers' justification for their actions. The CAD confirms no eyewitness, no identification, and no directionality of any alleged gunshots.

Taken together, these documents prove: - **Fabrication of evidence**, - **Absence of probable cause**, - **Unconstitutional entry and arrest**, - **Reckless and coordinated misconduct**, and - **Material support for every surviving claim.**

Exhibit L

# COMMUNICATIONS
## Event Report

| | | |
|---|---|---|
| Event ID: **21-100011** | Call Ref #: 938 | Date/Time Received: 10/06/21 08:57:56 |
| Rpt #: 2021-05180 | Prime Unit: **D38** ANDREWS, JASON GEORGE | Services Involved: **LAW** |
| Call Source: W911 | | |

Location: **616 MOSS NECK RD**
X-ST: **BEAM RD**
Business: LONG LEAF MHP #5 — Inaccurate

Jur: CAD  Service: LAW  Agency: RCSO
St/Beat: Z1  District:  RA: RZ1
Phone:  GP: GZ1

Nature: **DOMESTIC**   Alarm Lvl: 1   Priority: P   Medical Priority:

Reclassified Nature:

Caller:
Addr:       Phone:       Alarm:  Alarm Type:

Vehicle #:   St:   Report Only: No   Race:   Sex:   Age:

Call Taker: CL2803   Console: RCCADOP7

Geo-Verified Addr.: Yes   Nature Summary Code:   Disposition: ACC   Close Comments:

Notes: UTILITY WORKERS ARE ALSO AT THE FRONT OF THE TRAILER PARK. WILL BE STANDING BY TO POINT DEP IN THE DIRECTION OF WHERE ITS COMING FROM. [10/06/21 09:02:12 CL2803]
CALLER ADV ITS GOING TO BE TOWARDS THE FRONT OF THE TRAILER PARK UNA OF LOT # [10/06/21 09:00:48 CL2803]
CALLER ADV HE ALSO HEARD SHOTS FIRED [10/06/21 09:00:15 CL2803]
CALLER ADV HE HEARS A FEMALE SCREAMING AND BEGGING FOR HELP. [10/06/21 08:59:20 CL2803]

### Times

Call Received: 10/06/21 08:57:56
Call Routed: 10/06/21 08:59:20
Call Take Finished: 10/06/21 08:59:20
1st Dispatch: 10/06/21 09:00:28
1st En-Route: 10/06/21 09:00:28
1st Arrive: 10/06/21 09:04:59
Last Clear:

Time From Call Received
000:01:24
000:01:24
000:02:32 (Time Held)
000:02:32
000:07:03 (Reaction Time)

Unit Reaction: 000:04:31 (1st Dispatch to 1st Arrive)
En-Route: (1st Dispatch to 1st En-Route)
On-Scene: (1st Arrive to Last Clear)

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| D38 | JA3218 | D | Dispatched | 10/06/21 09:00:28 | Stat/Beat: PZ2 | | RS4938 |
| D38 | JA3218 | E | En-Route | 10/06/21 09:00:28 | Stat/Beat: PZ2 | | RS4938 |
| D45 | RB2776 | D | Dispatched | 10/06/21 09:04:55 | Stat/Beat: PZ5 | | RS4938 |
| D45 | RB2776 | E | En-Route | 10/06/21 09:04:55 | Stat/Beat: PZ5 | | RS4938 |
| D38 | JA3218 | A | Arrived | 10/06/21 09:04:59 | | | RS4938 |
| D32 | KV1857 | D | Dispatched | 10/06/21 09:09:13 | Stat/Beat: PZ4 | | RS4938 |
| D32 | KV1857 | E | En-Route | 10/06/21 09:09:13 | Stat/Beat: PZ4 | | RS4938 |

Report Generated: 12/01/2025 10:14:29 | User ID: CD0657   Note: Comments may truncate in portrait. Use landscape to avoid truncation.
\\RCEOCAD.RCEO.local\OSS\CAD\CAD\rpt\EventHistory_Event_Portrait
Page 1 of 2

Case 5:25-ct-03077-FL   Document 15   Filed 12/05/25   Page 7 of 9

| Event ID: 21-100011 | | | Call Ref #: 938 | | DOMESTIC at 616 MOSS NECK RD | | |
|---|---|---|---|---|---|---|---|

| Unit | Empl ID | | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|---|
| D45 | RB2776 | | A | Arrived | 10/06/21 09:10:57 | | | RS4938 |
| D32 | KV1857 | | A | Arrived | 10/06/21 09:12:31 | | | RS4938 |
| C116 | SL4384 | | D | Dispatched | 10/06/21 10:07:58 | | | RS4938 |
| C116 | SL4384 | | E | En-Route | 10/06/21 10:07:58 | | | RS4938 |
| C116 | SL4384 | | A | Arrived | 10/06/21 10:13:59 | | | RS4938 |
| D32 | KV1857 | | ENT | Entered Related Vehicl | 10/06/21 10:40:42 | 1) [Vin:] JHMES95614S000647 [licpl: no | | KV1857 |
| D32 | KV1857 | | ... | Entered Related Vehicl | 10/06/21 10:40:42 | 2) [state:] NC | | KV1857 |
| D32 | KV1857 | | ENT | Entered Related Vehicl | 10/06/21 10:43:54 | 1) [Vin:] 1GNEC13R5WR129070 [licpl_ | | KV1857 |
| D32 | KV1857 | | ... | Entered Related Vehicl | 10/06/21 10:43:54 | 2) [state:] NC | | KV1857 |
| D32 | KV1857 | | ENT | Entered Related Vehicl | 10/06/21 10:46:10 | 1) [Vin:] JT2BC221KXW0217717 - NOT | | KV1857 |
| D32 | KV1857 | | ... | Entered Related Vehicl | 10/06/21 10:46:10 | 2) STATE OF VIRGINIA | | KV1857 |
| D32 | KV1857 | | ... | Entered Related Vehicl | 10/06/21 10:46:10 | 3) ** | | KV1857 |
| D32 | KV1857 | | ... | Entered Related Vehicl | 10/06/21 10:46:10 | 4) FOR | | KV1857 |
| D32 | KV1857 | | ... | Entered Related Vehicl | 10/06/21 10:46:10 | 5) [state:] VA | | KV1857 |
| D32 | KV1857 | | X | Canceled | 10/06/21 10:51:27 | Pre-empted to Event # 959 | | RS4938 |
| D45 | RB2776 | | C | Cleared | 10/06/21 10:58:52 | | ASST | RS4938 |
| D38 | JA3218 | | T | Transport | 10/06/21 11:04:02 | To: ROBESON COUNTY JAIL | | RS4938 |
| C116 | SL4384 | | C | Cleared | 10/06/21 11:04:04 | | ASST | RS4938 |
| D38 | JA3218 | | A | Arrived | 10/06/21 11:35:55 | | | RS4938 |
| D38 | JA3218 | | X | Canceled | 10/06/21 11:38:36 | Pre-empted to Event # 991 | | RS4938 |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 10/06/21 08:57:56 | By: E911 | | CL2803 |
| | | ENT | Entered Street | 10/06/21 08:57:56 | 213 HUGGINS RD - SW;LUMB | | CL2803 |
| | | VER | Verified Street | 10/06/21 08:57:59 | 26 CONGRESS LOOP | | CL2803 |
| | | CHG | Changed CallerName_ | 10/06/21 08:58:03 | | | CL2803 |
| | | CHG | Changed AddSt | 10/06/21 08:58:17 | DIST: 117.29 FT --> | | CL2803 |
| | | CHG | Changed Street | 10/06/21 08:58:22 | 26 CONGRESS LOOP --> 616 MOSS N | | CL2803 |
| | | VEV | Viewed Event | 10/06/21 08:58:30 | User First Viewed Event CAD | | DM4716 |
| | | ENT | Entered CallerName_C | 10/06/21 08:58:40 | | | CL2803 |
| | | ENT | Entered Nature | 10/06/21 08:58:45 | DOMESTIC | | CL2803 |
| | | ENT | Entered Remarks | 10/06/21 08:59:20 | | | CL2803 |
| | | FIN | Finished Call Taking | 10/06/21 08:59:20 | | | CL2803 |
| | | VEV | Viewed Event | 10/06/21 08:59:20 | User First Viewed Event CAD | | KD1146 |
| | | VEV | Viewed Event | 10/06/21 09:00:11 | User First Viewed Event CAD | | RS4938 |
| | | ARM | Added Remarks | 10/06/21 09:00:15 | | | CL2803 |
| | | ARM | Added Remarks | 10/06/21 09:00:48 | | | CL2803 |
| | | ARM | Added Remarks | 10/06/21 09:02:12 | | | CL2803 |
| | | VEV | Viewed Event | 10/06/21 09:22:12 | User First Viewed Event CAD | | SF2348 |
| | | RSW | Reset Watchdog Timer | 10/06/21 09:27:42 | Units: D45,D32,D38 >>> 30Min. | | RS4938 |
| | | RSW | Reset Watchdog Timer | 10/06/21 10:21:30 | Units: D45,D32,D38,C116 >>> 45Min. | | RS4938 |
| D38 | JA3218 | RPT | Requested Report# | 10/06/21 10:29:13 | RCSO Report #2021-05180 Unit:D38 | | JA3218 |
| | | VCH | Viewed Call History | 10/06/21 11:02:12 | Location Information | | KD1146 |
| | | CAN | Event Cancelled | 10/06/21 11:38:42 | | ACC | RS4938 |

Exhibit M

**Divina Mintac** 2:08 PM 
to me

Mr. Foye,

Further to our phone call on November 25, 2025, I am writing to update you on the status of your request. The Sheriff's Department has forwarded some information to our office for review. We will carefully examine the information to ensure no confidential details are disclosed and redact any necessary portions. Once we have completed this process, we will promptly send you the information.

Please be patient as this task involves ongoing communication with the Sheriff's Department, which may take some time.

Thank you for your understanding. Have a wonderful Thanksgiving.

Best regards,
Divina Mintac



Divina Mintac | Legal Assistant
Robeson County Attorney's Office
550 N. Chestnut St., Lumberton, NC 28358
Office 910-887-6502  Fax 910-671-6440
divina.mintac@robesoncountync.gov | www.co.robeson.nc.us

↩ Reply          ↪ Forward          ☺