117 ridge dr.
Lot 9, St pauls,
NC, 28384

Maurkice Faye

RALEIGH NC 275
3 DEC 2025 AM
FIRST-CLASS
US POSTAGE (IMI) PITNEY BOWES
ZIP 27897
02 7H
0001339611
$ 001.07⁰
DEC 02 2025

**RECEIVED**

DEC 05 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT/EDNC

Clerk of Court

(Case # 5:25-ct-3077)

27601-144199

310 New Bern
Ave # 174, Raleigh,
NC, 27601

Case 5:25-ct-03077-FL    Document 15-1    Filed 12/05/25    Page 1 of 1