Maurkice Foye
111 ridge dr, lot 9,
St. Pauls, NC,
28384

Clerk of Court
(Case # 5:25-ct-3077)

310 New Bern Ave
174, Raleigh, N[C]

U.S. POSTAGE PAID
FCM LETTER
CONWAY, NC 27820
DEC 05, 2025
$1.07
S2324P502211-17

RECEIVED
DEC 08 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC