# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| MAURKICE DOCK FOYE <br> *Plaintiff(s)* <br> v. <br><br> JAMES OBERSHEA, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:25-CT-3077-FL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    James Obershea
    Robeson County Sheriff's Office
    120 Legend Rd
    Lumberton, NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Maurkice Dock Foye
    117 Ridge Drive
    St. Pauls, NC 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PETER A. MOORE, JR.

Date:   December 9, 2025

*Signature of Clerk or Deputy Clerk*

Clerk, US District Court
PO Box 25670
Raleigh, NC 27611

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | ) | |
|---|---|---|
| MAURKICE DOCK FOYE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:25-CT-3077-FL |
| JAMES OBERSHEA, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Detective Matthew Lassiter
Robeson County Sheriff's Office
120 Legend Rd
Lumberton, NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Maurkice Dock Foye
117 Ridge Drive
St. Pauls, NC 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PETER A. MOORE, JR.

*Signature of Clerk or Deputy Clerk*

Date: Dec 9, 2025

Clerk, US District Court
PO Box 25670
Raleigh, NC 27611

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| MAURKICE DOCK FOYE <br> *Plaintiff(s)* <br> v. <br> JAMES OBERSHEA, et al. <br> *Defendant(s)* | Civil Action No. 5:25-CT-3077-FL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Deputy Andrews
Robeson County Sheriff's Office
120 Legend Rd
Lumberton, NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Maurkice Dock Foye
117 Ridge Drive
St. Pauls, NC 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PETER A. MOORE, JR.

Date: Dec 9, 2025

*Signature of Clerk or Deputy Clerk*

Clerk, US District Court
PO Box 25670
Raleigh, NC 27611

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| MAURKICE DOCK FOYE <br> *Plaintiff(s)* <br> v. <br> JAMES OBERSHEA, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.    5:25-CT-3077-FL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Deputy Vazquez
    Robeson County Sheriff's Office
    120 Legend Rd
    Lumberton, NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Maurkice Dock Foye
    117 Ridge Drive
    St. Pauls, NC 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PETER A. MOORE, JR.

Date:    Dec 9, 2025

*Signature of Clerk or Deputy Clerk*

Clerk, US District Court
PO Box 25670
Raleigh, NC 27611

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| MAURKICE DOCK FOYE<br>*Plaintiff(s)*<br>v.<br><br>JAMES OBERSHEA, et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:25-CT-3077-FL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robeson County
c/o Kellie Blue, County Manager
550 North Chestnut Street
Lumberton, NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Maurkice Dock Foye
      117 Ridge Drive
      St. Pauls, NC 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PETER A. MOORE, JR.

Date: _____Dec 9, 2025_____

*Signature of Clerk or Deputy Clerk*

Clerk, US District Court
PO Box 25670
Raleigh, NC 27611