# PROCESS RECEIPT AND RETURN

U.S. Department of Justice  
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Maurkice Dock Foye | 5:25-CT-3077-FL -2 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| James Obershea, et al. | S&C |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Deputy Vazquez
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Robeson County Sheriff's Office, 120 Legend Rd, Lumberton, NC 28358

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maurkice Dock Foye  
117 Ridge Drive  
St. Pauls, NC 28384

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Prepared by the clerk's office on behalf of plaintiff.

RECEIVED DEC 12 2025 U.S. Marshals Service, EDNC

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

**M. Castania**  
Digitally signed by M. Castania  
Date: 2023.09.29 14:48:07 -04'00'

TELEPHONE NUMBER: 252-638-8534  
DATE: 12/9/2025

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 5~ | No. 56 | [signature] | 12/12/25 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| SERVY | 12/18/25 | 2:00 | [X] pm |

FILED DEC 22 2025 PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy [signature]

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

CERTIFIED MAIL 7021 1970 0000 0981 5079  
SEE PS FORM 3811 OR USPS TRACKING

Form USM-285  
Rev. 03/21

5-25-CT-3077-2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Seale<br>C. Date of Delivery: 12/18/25 |

1. Deputy Vazquez
Robeson County Sheriff's Office
120 Legend Road
Lumberton, NC 28358

9590 9402 9396 5002 6588 89

2. Article Number (Transfer from service label)
7021 1970 0000 0981 5079

RECEIVED DEC 22 2025 U.S. Marshals Service, EDNC

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
● Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
● Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Maurkice Dock Foye | 5:25-CT-3077-FL - 3 |
| DEFENDANT | TYPE OF PROCESS |
| James Obershea, et al. | S&C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deputy Andrews

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Robeson County Sheriff's Office, 120 Legend Rd, Lumberton, NC 28358

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maurkice Dock Foye
117 Ridge Drive
St. Pauls, NC 28384

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Prepared by the clerk's office on behalf of plaintiff.

RECEIVED DEC 12 2025 U.S. Marshals Service, EDNC

Signature of Attorney other Originator requesting service on behalf of:

M. Castania
Digitally signed by M. Castania
Date: 2023.09.29 14:48:07 -04'00'

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 252-638-8534
DATE: 12/9/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 4 | District of Origin No. 56 | District to Serve No. 56 | Signature of Authorized USMS Deputy or Clerk | Date: 12/12/25 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
SEARY

Date: 12/18/25
Time: 2:00 pm

Address (complete only different than shown above)

FILED
DEC 22 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEPT CLK

Costs shown on attached USMS Cost Sheet >>

Signature of U.S. Marshal or Deputy

REMARKS

CERTIFIED MAIL 7021 1970 0000 0981 5109
SEE PS FORM 3811 OR USPS TRACKING

5:25-CT-3077-3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 12/18/2 |

Deputy Andrews
Robeson County Sheriff's Office
120 Legend Road
Lumberton, NC 28358

RECEIVED DEC 22 2025 U.S. Marshals Service, EDNC

9590 9402 9396 5002 6588 96

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7023 1770 0000 0481 5107

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

Case 5:25-ct-03077-FL   Document 19   Filed 12/22/25   Page 4 of 8

# PROCESS RECEIPT AND RETURN
U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Maurkice Dock Foye | 5:25-CT-3077-FL -5 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| James Obershea, et al. | S&C |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: James Obershea
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Robeson County Sheriff's Office, 120 Legend Rd, Lumberton, NC 28358

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Maurkice Dock Foye
117 Ridge Drive
St. Pauls, NC 28384

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 5
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Prepared by the clerk's office on behalf of plaintiff.

RECEIVED DEC 12 2025 U.S. Marshals Service, EDNC

Signature of Attorney other Originator requesting service on behalf of:
M. Castania
Digitally signed by M. Castania
Date: 2023.09.29 14:48:07 -04'00'
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 252-638-8534
DATE: 12/9/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 4 | 5v | 5v | [signature] | 12/12/25 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Sexty

FILED DEC 2 2 2025 PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC BY _____ DEP CLK

Date: 12/18/25
Time: 2:00 [X] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

REMARKS:
CERTIFIED MAIL 7021 1970 0000 0901 5055
SEE PS FORM 3811 OR USPS TRACKING

Form USM-285
Rev. 03/21

5-25-CT-3077-6

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): SCA[...]<br>C. Date of Delivery: 12/18/25 |

1. James Obershea
   Robeson County Sheriff's Office
   120 Legend Road
   Lumberton, NC 28358

RECEIVED
DEC 22 2025
U.S. Marshals Service, EDNC

9590 9402 9396 5002 6589 19

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7021 1970 0000 0981 5055

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Maurkice Dock Foye | 5:25-CT-3077-FL-1 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| James Obershea, et al. | S&C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robeson County
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o Kellie Blue, County Manager, 550 North Chestnut St, Lumberton, NC 28358

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maurkice Dock Foye
117 Ridge Drive
St. Pauls, NC 28384

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Prepared by the clerk's office on behalf of plaintiff.

RECEIVED DEC 12 2025 U.S. Marshals Service, EDNC

Signature of Attorney other Originator requesting service on behalf of:
M. Castania (Digitally signed by M. Castania, Date: 2023.09.29 14:48:07 -04'00')
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 252-638-8534
DATE: 12/9/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No. 5e
District to Serve No. 5e
Signature of Authorized USMS Deputy or Clerk
Date: 12/12/25

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

**FILED DEC 22 2025**
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Date: 12/18/25
Time: 2:00 pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

CERTIFIED MAIL 7021 1970 0000 0981 5086
SEE PS FORM 3811 OR USPS TRACKING

Form USM-285
Rev. 03/21

5:25-CT-3077-1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x Rob Co. SecEntity ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Tca Admin  C. Date of Delivery 12/18/25 |

1. Kellie Blue
Robeson County Manager
550 North Chesnut Street
Lumberton, NC 28358

D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

RECEIVED DEC 2 2 2025
U.S. Marshals Service, EDNC

9590 9402 9396 5002 6588 72

2. Article Number (Transfer from service label)
7021 1970 0000 0981 5086

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
● Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
● Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

Case 5:25-ct-03077-FL    Document 19    Filed 12/22/25    Page 8 of 8