EXHIBIT 1



**CHARLOTTE OFFICE**

2907 PROVIDENCE RD., SUITE 200 (28211)
POST OFFICE BOX 30787
CHARLOTTE, NORTH CAROLINA 28230
TELEPHONE (704) 332-8300
FAX (704) 332-9994

TAYLOR J. SWEET
DIRECT DIAL #: (704) 940-3403
EMAIL: TAYLOR.J.SWEET@CSHLAW.COM
WWW.CSHLAW.COM

January 28, 2026

**VIA EMAIL & MAIL**
Maurkice Foye
117 Ridge Drive
St. Pauls, NC 28384
maurkicef@gmail.com

Re: Records Request to Robeson County Sheriff's Office

Dear Maurkice Foye:

    Please see attached records from the Robeson County Sheriff's Office in response to your request. Please let me know if you have any questions.

Sincerely,

*[signature]*

Taylor J. Sweet

# ARREST REPORT

## AGENCY INFO
| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| Robeson Co. Sheriff's Office | NC0780000 | 10/06/2021 13:00 Wed | |

| Taken | Arrest Tract | Residence Tract | Arrest Number |
|---|---|---|---|
| | | 1 | 177071 |

## ARRESTEE INFO
| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex | Place of Birth | Citizenship |
|---|---|---|---|---|---|---|
| FOYE, MAURKICE | | 22 | B | M | NC | US |

| Current Address | Phone | Occupation | Residence Status |
|---|---|---|---|
| | | | |

| Employer's Name | Address | Phone |
|---|---|---|
| | | |

| Also Known As (Alias Names) | Hgt | Wgt | Hair | Eyes | Skin Tone |
|---|---|---|---|---|---|
| | | | | | |

| Scars, Marks, Tattoos | Social Security # | OLN and State | Misc. # and Type |
|---|---|---|---|
| | | | |

| Nearest Relative Name | Address | Phone |
|---|---|---|
| | | |

## ARREST INFO
| If Armed, Type of Weapon | Type of Arrest | Place of Arrest |
|---|---|---|
| UNARMED | ON VIEW | 616 MOSSNECK RD - 29, LUMBERTON |

| Charge # | Description | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|---|
| Charge #1 | Simple Assault- Assault On Female | Misd | 1 | 13B | 21CR054852 | 14-33(C)(2) | 10/06/2021 |
| Charge #2 | Possession Of Firearm By Felon | Fel | 1 | 520 | 21CR054851 | 14-415.1 | 10/06/2021 |
| Charge #3 | | | | | | | |

## VEH INFO
| VYR | Make | Model | Style |
|---|---|---|---|
| | | | |

| Color | Plate #/State/Plate Year | VIN |
|---|---|---|
| | | |

Vehicle

## CONFINED / BOND
| Date/Time Confined | Place Confined | Committing Magistrate |
|---|---|---|
| 10/06/2021 13:09:07 | | |

| Type Bond | Bond Amount | Trial Date | Time | Court Of | City |
|---|---|---|---|---|---|
| | | | | | |

Arresting Officer Name/ID #/Bureau
**LASSITER, S. M. (PAT, PAT) (SL4384)**

| Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released |
|---|---|---|
| | | |

## Status Codes
1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown/Lost

### DRUGS ARREST
| Code | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity for each |
|---|---|---|---|---|---|
| | | | | | |

## Other Name
| Name | Address | Phone |
|---|---|---|
| | | |
| | | |

## NARRATIVE

## STATUS
Arresting Officer Signature/ID #/Bureau
**LASSITER, S. M. (PAT, PAT) (SL4384)**

| Case Status | Arrestee Signature |
|---|---|
| Closed/cleared | |

r_ar1lbr

Printed By: DM0443, RCSOC2

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Robeson Co. Sheriff's Office
**ORI:** NC0780000
**Case#:** 2021-05180

**Date / Time Reported:** 10/06/2021 08:57 Wed
**Last Known Secure:** 10/06/2021 08:56 Wed
**At Found:** 10/06/2021 08:57 Wed

**Location of Incident:** 616 MOSS NECK RD Apt. 29, Lumberton NC
**Gang Relat:** NO
**Premise Type:** Residence/home
**P ZONE/D ZONE:**

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Assault By Pointing A Gun 14-34 | (Com) | Handgun | | | | N |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

**MO:**

## VICTIM

**# of Victims:** 1  **Type:** Individual (not a LE Officer)  **Injury:** Apparent Minor Injury

| | Victim/Business Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | CHATMAN, JAKIYA | 1, | Age 19 | B | F | IBG | Resident | |

**Home Address:** [redacted]  **Email:**  **Home Phone:** [redacted]
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

**VYR | Make | Model | Style | Color | Lic/Lis | VIN**

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)  WI = Witness  IO = Involved Other  RP = Reporting Person (if other than victim)

**Type:** Individual (not a LE Officer)  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | SMITH, CALEB J | | Age 28 | W | M | | Non-Resident | |

**Home Address:** [redacted]  **Email:**  **Home Phone:** [redacted]
**Employer Name/Address:**  **Business Phone:**  **Mobile Phone:**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown  ("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 19 | EVID | $1.00 | | 1 | TAURUS G3 9MM HANDGUN | 9MM/TAURUS/G3 | ACG00162 |

**Officer/ID#:** ANDREWS, J. G. (MAJ, MC) (JA3218)
**Invest ID#:** LASSITER, S. M. (PAT, PAT) (SL4384)
**Supervisor:** BUFFKIN, R. D. (CIT, CIT) (RB2776)
**Complainant Signature:**  **Case Status:** Cba  07/06/2023  **Case Disposition:**  **Page 1**

**Status**
R_CS1.IBR  Printed By: DM0443, RCSOC2  Sys#: 279381  05/27/2025 15:11

| Status Codes | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*LASSITER, S.M. (SL4384), HOWARD, K.E. (KV1857), BUFFKIN, R.D. (RB2776)*

Suspect Hate / Bias Motivated: *NONE (NO BIAS)*

**NARRATIVE**

| | REPORTING OFFICER NARRATIVE | | OCA |
|---|---|---|---|
| *Robeson Co. Sheriff's Office* | | | *2021-05180* |
| Victim | Offense | | Date / Time Reported |
| *CHATMAN, JAKIYA* | *ASSAULT BY POINTING A GUN* | | *Wed 10/06/2021 08:57* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**VICTIM:**
JAKIYA CHATMAN



**SUSPECT:**
MAURKICE DOCK ARMAAN FOYE



**REPORTING PARTY:**
CALEB J. SMITH



**SOURCE:**
THIS REPORT CONTAINS INFORMATION REGARDING A DOMESTIC DISTURBANCE THAT OCCURRED AT 616 MOSSNECK RD. IN LUMBERTON, NC LOT 29, ON WEDNESDAY, OCTOBER 06, 2021.

**VICTIMS ACCOUNT: JAKIYA CHATMAN,**
CHATMAN STATED SHE HAS BEEN WITH HER BOYFRIEND MAURKICE FOYE FOR ABOUT 3 YEARS. CHATMAN STATED THEY WERE HAVING AN ARGUMENT THIS MORNING. CHATMAN STATED SHE JUMPED OUT THE WINDOW OF HER TRAILER. CHATMAN STATED SHE HEARD A GUNSHOT BUT DID NOT KNOW WHERE IT COME FROM.

**SUSPECTS ACCOUNT: MAURKICE FOYE,**
FOYE STATED HIMSELF AND HIS GIRLFRIEND JAKIYA CHATMAN WERE HAVING AN ARGUMENT THIS MORNING OVER FACEBOOK MESSAGES ON HIS PHONE. FOYE STATED THERE WAS A GUN IN THE HOUSE.

**REPORTING PARTY ACCOUNT: CALEB SMITH,**
SMITH STATED HE WAS DOING WORK IN THE TRAILER PARK WHEN HE HEARD A FEMALE SCREAMING. SMITH STATED HE HEARD ONE OR TWO GUN SHOTS COME FROM THE DIRECTION OF THE FEMALE SCREAMING. SMITH STATED HE LOOKED AT THE TRAILER AND SAW A FEMALE JUMP OUT A WINDOW AND START SCREAMING FOR HELP. SMITH STATED THE FEMALE RAN TO THE BACK OF THE TRAILER. SMITH STATED HE SAW A MALE SUBJECT GO OUT OF THE HOUSE TO THE FEMALE AND PULL HER BACK INTO THE HOUSE. SMITH STATED HE CALLED 911.

**OFFICER ACTIONS & OBSERVATIONS,**
ON WEDNESDAY, OCTOBER 06, 2021, DEPUTY ANDREWS WAS DISPATCHED TO 616 MOSSNECK RD.

**REPORTING OFFICER NARRATIVE**

| Robeson Co. Sheriff's Office | | OCA 2021-05180 |
|---|---|---|
| Victim CHATMAN, JAKIYA | Offense ASSAULT BY POINTING A GUN | Date / Time Reported Wed 10/06/2021 08:57 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

LUMBERTON, NC LOT 29 IN REFERENCE TO A DOMESTIC DISTURBANCE WITH SHOTS FIRED. WHEN DEPUTY ANDREWS ARRIVED, DEPUTY ANDREWS OBSERVED THE ADDRESS TO BE A SINGLEWIDE MOBILE HOME WITH THE FRONT DOORWAY SLIGHTLY OPEN AND A FRONT WINDOW OPEN WITH THE WINDOW DRAPES PUSHED OUTSIDE. DEPUTY ANDREWS KNOCKED ON THE SIDE OF THE MOBILE HOME AND VERBALLY ANNOUNCED HIS PRESENCE. DEPUTY ANDREWS OBSERVED THE SLIGHTLY OPEN FRONT DOOR CLOSE SHUT. DEPUTY ANDREWS CONTINUED TO REQUEST ANYONE INSIDE THE RESIDENCE TO COME OUT AS HE CALLED FOR ANOTHER UNIT TO HIS LOCATION. DEPUTY ANDREWS CHECKED AROUND THE OUTSIDE OF THE RESIDENCE AND COULD HEAR MOVING FROM INSIDE THE RESIDENCE. AS DEPUTY ANDREWS WAITED FOR ANOTHER UNIT TO ARRIVE, THE FRONT DOOR OF THE RESIDENCE OPENED, AND A BLACK FEMALE EXITED THE RESIDENCE.

DEPUTY ANDREWS REQUESTED THE BLACK FEMALE COME TOWARDS HIM AS HE STOOD A DISTANCE FROM THE RESIDENCE. AS THE BLACK FEMALE GOT CLOSER TO DEPUTY ANDREWS HE COULD OBSERVE THE BLACK FEMALE HAD A SWOLLEN LEFT EYE WITH MARKS AROUND IT. DEPUTY ANDREWS ASKED THE BLACK FEMALE IF ANYONE ELSE WAS INSIDE THE RESIDENCE THEN OBSERVED A BLACK MALE EXIT THE FRONT DOOR OF THE RESIDENCE. DEPUTY ANDREWS WALKED OVER TO THE BLACK MALE AND CHECKED HIM FOR WEAPONS. AFTER CHECKING THE BLACK MALE FOR WEAPONS, DEPUTY ANDREWS DETAINED THE BLACK MALE BY PLACING HIM INTO HANDCUFFS. DEPUTY ANDREWS IDENTIFIED THE BLACK MALE AS MAURKICE DOCK ARMAAN FOYE B/M DOB:09/01/1999. DEPUTY ANDREWS PLACED FOYE IN THE PASSENGER AREA OF HIS PATROL VEHICLE THEN RETURNED TO SPEAK WITH THE BLACK FEMALE.

DEPUTY ANDREWS IDENTIFIED THE BLACK FEMALE AS JAKIYA CHATMAN B/F DOB:11/07/2001. DEPUTY ANDREWS WAS ASSISTED BY DEPUTY VAZQUEZ AS A SECURITY CHECK OF THE RESIDENCE WAS PERFORMED. DEPUTY VAZQUEZ HAD ALREADY BEEN TOLD ABOUT THE LOCATION OF THE FIREARM FROM CHATMAN WHICH WAS IN THE OPEN KITCHEN CABINET. DEPUTY ANDREWS COLLECTED THE FIREARM FOR SAFE KEEPING AS DEPUTY VAZQUEZ CHECKED TO SEE IF THE FIREARM WAS STOLEN BY RUNNING THE SERIAL NUMBER WITH ROBESON COUNTY COMMUNICATIONS. THE FIREARM IS A TAURUS G3 9MM SERIAL NUMBER: ACG001624. AFTER THE FIREARM CAME BACK AS NOT STOLEN, DEPUTY ANDREWS SECURED THE FIREARM IN HIS PATROL VEHICLE.

FIRST SERGEANT LEWIS ARRIVED ON LOCATION AND DEPUTY ANDREWS ADVISED HIM OF THE SITUATION. FIRST SERGEANT LEWIS ADVISED DEPUTY ANDREWS, DETECTIVE LASSITER WAS ENROUTE TO TAKE OVER THE CASE. AFTER DETECTIVE LASSITER ARRIVED ON LOCATION AND CONDUCTED HIS INVESTIGATION, DEPUTY ANDREWS TRANSPORTED FOYE TO THE ROBESON COUNTY SHERIFF'S OFFICE AND HANDED HIM OVER TO DETECTIVE LASSITER. DEPUTY ANDREWS PLACED THE FIREARM INSIDE EVIDENCE AT THE ROBESON COUNTY SHERIFF'S OFFICE.

# Incident Report Suspect List
Robeson Co. Sheriff's Office      OCA: *2021-05180*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| FOYE, MAURKICE | | |

Business Address: STUDENT

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | 22 | B | M | N | 507 | 130 | BLK | BRO | DAR | |

Scars, Marks, Tattoos, or other distinguishing features
*TATT LEFT ARM / "YMF"; TATT RIGH ARM / "TRULY BLESSED" BLG; TATT LEFT CHEST / "MIND OVER EMOTION"; TATT RIGH CHEST / PRAYING HANDS; TATT FRON NECK / ANGEL WINGS*

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes     Physical Char

| # | Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *TAURUS G3 9MM HANDGUN* | | | | *TAURUS* | | *G3* | | | *9MM* |
| | Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction | |
| | *Black* | *ACG00162* | | | *$1.00* | *1.000* | | | *Locally* | |
| | Status | Date | NIC # | | State # | | Local # | | OAN | |
| | *Evidence* | *10/06/2021* | | | | | | | | |
| | Name (Last, First, Middle) | | | | | DOB | | Age | Race | Sex |
| | *Chatman, Jakiya* | | | | | | | *19* | *B* | *F* |

Notes

# Robeson County Sheriff's Office

## Evidence / Property Room

## Return of Firearms

<u>Firearms that are being held can only be released to individuals who can legally possess them</u>; regardless of who they were seized from. This decision will be based on the review of a criminal history record of the requesting individual which will be examined for state or federal disqualifying factors.

Firearms seized as part of a criminal prosecution <u>cannot</u> be released until the case is disposed of in either District or Superior Court and the District Attorney determines it is no longer needed as evidence according to NCGS 15-11.1 (b1).

A court order signed by a judge should be completed at the disposition of the court case. If you are represented by an attorney discuss the return of the firearm with him/her.

Court orders obtained by the Evidence Technician will delay the return of your firearm.

If your firearm was stolen and recovered be sure to make the District Attorney's Office aware of your desire to have the firearm returned.

The following items will need to be provided before the return of any firearm:

**Completed Robeson County Sheriff's Office Return forms**

**Identification (Driver's license, I.D. card, Military I.D. etc.)**

**Court order**

**Proof of ownership**

If the firearm was seized for safe keeping please contact the Robeson County Sheriff's Office Evidence/Property Room in reference to the return of the firearm.

Inquiries can be made to:

Robeson County Sheriff's Office Evidence/Property Room

Lieutenant Kevin Graham or Sergeant Terry Odum

910-671-3100

# Robeson County Sheriff's Office

## Evidence / Property Room

## Return of Firearm Questionnaire

Name __Smith__ __Tykia Alexandria Denice__ Race __B__ Sex __F__
      Last                      First              Middle

Address ▮    City ▮    State ▮    Zip ▮

Date of Birth ▮    Age __24__    Social Security Number ▮

U.S. Citizen: __✓__ Yes ___ No    Contact Number ▮

---

**To be completed by Evidence Room Personnel:**

OCA: __2021-05180__    NICS Transaction Number (NTN) _____

Requestor (if different than DCI Operator) __Inv. Tim Locklear__

DCI Operator __Lt. Kevin Overton__ Signature __[signature]__ Date: __1/11/2023__

# Robeson County Sheriff's Office

## Evidence / Property Room

Please provide the following information in reference to your firearm. Examples of manufacturer and model are shown at the bottom of the page not all manufacturers or models are included.

Firearm Type: ✓ Handgun  ___ Shotgun  ___ Rifle

Firearm Manufacturer: Taurus

Firearm Model: G3TT

Firearm Serial Number: ACG001624

Who was the firearm seized from? MAURKICE FOYE

What was the date of the seizure? 10/16/2021

What type of incident? Assault By Pointing A Gun


Manufacturer's example: Smith & Wesson, Remington, Ruger, Springfield Armory, SCCY, etc.

Model examples: SD40SE, XD, LCP, CPX1, etc.

# Robeson County Sheriff's Office

## Evidence / Property Room

1. Yes **(No)** Are you an alien illegally or unlawfully in the United States?
2. Yes **(No)** Are you now under indictment or have any charges pending, whether felony, misdemeanor or traffic charges? If yes, please provide date, charge and county/state where charges are pending:

---

3. Yes **(No)** Have you ever been charged with or convicted of a felony? If yes, please provide the date, charge and county/state where offense allegedly occurred:

---

4. Yes **(No)** Are you a fugitive from justice?
5. Yes **(No)** Have you ever been convicted or charge for use of marijuana an/or depressant, stimulant narcotic drug, or any other substance? If yes, please provide the date, charge and county/state:

---

6. Yes **(No)** Have you ever been convicted or pled guilty to a misdemeanor or felony crime of domestic violence or an assault on a domestic partner? If yes, provide date, charge and county/state:

---

7. Yes **(No)** Are you currently under a domestic violence order or restraining order either as a plaintiff or defendant? If yes, provide the date and county/state where order was issued and the expiration date of the order:

---

8. Yes **(No)** Are you currently or have you ever been found in a court or administrative proceeding to be incompetent on grounds of mental illness or defect? If yes, provide the date and county/state:

---

9. Yes **(No)** Have you ever been treated for a mental condition or been committed either voluntarily or involuntarily to any mental institution? If yes, provide the date, location of institution and county/state:

---

10. Yes **(No)** Are you currently subject to a state or federal court order that prohibits you from purchasing or possessing or owning a handgun or other firearm? If yes, explain:

---

11. Yes **(No)** Have you ever been discharged from any branch of the Armed Forces under dishonorable conditions?

I, __Tykia Smith__, do hereby certify that the above statements are true and correct to the best of my knowledge. I also understand that any false statements or falsification of the above information can result in the denial of getting my firearm(s) back.

Signature: _Ty____  Date: 1/10/23



# STATE OF NORTH CAROLINA

ROBESON County

(NOTE: If a defendant is convicted under G.S. 14-269 or G.S. 14-269.7 or of any other offense involving the use of a deadly weapon, see Side Two. Do not use this form for disposition of weapons seized for wildlife violations pursuant to G.S. 113-137.)

**File No.** 21CR 054851

**Scan No. (Official Use Only)**

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS/IN THE MATTER OF

**Name And Address Of Defendant/Possessor (From Whom Firearm Seized)**
MAURKICE D FOYE

2023 JAN -6 P 12: 33

# PETITION AND ORDER DISPOSING OF FIREARM UPON PROSECUTOR'S PETITION

G.S. 15-11.1(b1)

**Name And Address Of Owner Of Firearm (If Different From Above)**
~~Jalaiya Chatman~~ Ty'kia Smith [redacted]

**Description Of Firearm**

| Identifying Information/Description | Entity Currently In Possession |
|---|---|
| Handgun | Robeson County SO |

| Make | Model | Serial Number |
|---|---|---|
| Taurus | G# | ACG001624 |

## PETITION

Pursuant to G.S. 15-11.1(b1), the undersigned prosecutor hereby petitions the Court for an Order disposing of the firearm identified above, and in support of the petition shows to the Court that:
1. the firearm was seized by a law enforcement officer pursuant to G.S. 15-11.1 and is in the possession of the entity identified above;
2. the firearm is no longer necessary or useful as evidence in a criminal trial; and
3. notice has been given to all parties known or believed by the undersigned to have an ownership or possessory interest in the firearm.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor | |
|---|---|---|---|
| 01/06/2023 | Tommy A. Tate | [signed] | ☐ District Attorney ☒ Asst DA |

## FINDINGS

After a hearing on the prosecutor's petition above, the Court finds that (check all that apply)
1. notice and an opportunity to be heard were provided to all parties known or believed to have an ownership or possessory interest in the firearm identified above.
☒ 2. the rightful owner of the firearm is (check only one) ☐ the person, firm or corporation identified above as "Owner Of Firearm"
   ☐ (If other than above) ___
   ☒ a. the rightful owner identified in this Finding is entitled to the firearm and is not prohibited by law from its possession; and
   ☒ b. the rightful owner (check all that apply) ☐ was unlawfully deprived of the firearm ☒ had no knowledge or reasonable belief of the defendant's intention to use the firearm unlawfully.
☐ 3. the rightful owner of the firearm is the defendant/possessor named above, and (check all that apply)
   ☐ a. the defendant/possessor was not convicted of a criminal offense in connection with the possession or use of the firearm; and
   ☐ b. the defendant/possessor is not otherwise prohibited by law from possessing the firearm.
☐ 4. after inquiry, no clear ownership or possessory interest in the firearm can be determined.
☐ 5. the firearm does not have a legible, unique identification number.
☐ 6. the firearm is unsafe for use because of wear, damage, age or modification.

## ORDER

Based upon the foregoing findings, the Court hereby Orders that the firearm identified above be
☒ 1. returned to the rightful owner identified in Finding No. 2, above. (NOTE: Requires the Court to find both a. and b. under Finding No. 2.)
☐ 2. returned to the defendant/possessor named above. (NOTE: Requires the Court to find both a. and b. under Finding No. 3.)
☐ 3. turned over to the Sheriff of _____ County, the county in which the firearm was seized, or to his/her duly authorized representative, to be destroyed. (NOTE: Can be ordered only if the Court finds No. 5 or No. 6, above.)
☐ 4. turned over to _____, a law enforcement agency in the above-captioned county, for (check only one)
   ☐ a. official use of the agency.
   ☐ b. sale, trade, or exchange to a federally licensed firearm dealer in accordance with all applicable State and federal firearm laws.
   ☐ c. either official use or sale, trade, or exchange to a federally licensed firearm dealer in accordance with all applicable State and federal firearm laws, within the agency's discretion.
If the firearm is sold, the agency shall remit the proceeds of sale to the county finance officer, pursuant to G.S. 115C-452, to be used to maintain free public schools. The agency shall maintain a record and inventory of the firearm and its disposition.
(NOTE: No. 4 may not be ordered if the Court finds No. 5, above.)

| Date | Name Of Judge (Type Or Print) | Signature Of Judge | |
|---|---|---|---|
| 01/06/2023 | Diane P. Surgeon | Diane P. Surgeon | ☒ Dist Ct Judge ☐ Sup Ct Judge |

## RECEIPT OF ORDER

As the entity currently in possession of the firearm described above, I have received a copy of this Order and will comply with it.

| Name (Type Or Print) | Date |
|---|---|

Signature

☐ Clerk Of Court ☐ Sheriff
☐ Other:

## RECEIPT OF FIREARM

As the entity to which this Order directs the firearm to be returned or delivered, I hereby acknowledge receipt of the firearm.

| Name (Type Or Print) | Date |
|---|---|

Signature

☐ Owner Identified In Findings ☐ Sheriff
☐ Other:

**A TRUE COPY**
CLERK OF SUPERIOR COURT
ROBESON COUNTY
BY [signed]
Assistant Deputy Clerk Superior Court

AOC-CR-218, Rev. 7/16
© 2016 Administrative Office of the Courts