# 📄 TABLE OF EXHIBITS (FOR SUMMARY JUDGMENT MOTION)

Place this right after your motion or as a separate attachment.

---

## PLAINTIFF'S TABLE OF EXHIBITS

**Exhibit No. Description**

Exhibit 1      CAD / Dispatch Report (October 6, 2021).

Exhibit 2      Officer Narrative Reports-Andrews, Vazquez, Lassiter.

Exhibit 3      Consent to Search Form.

Exhibit 4      Witness Statement (Homeowner).

Exhibit 5      "Facts Supporting Guilt" / Charging Document,

Exhibit 6      Court Record Showing Dismissal of Charges.

Exhibit 7      Public Records Request (April 15, 2025).

Exhibit 8      Follow-Up Communications (April 27 & June 3, 2025).

Exhibit 9      Initial Response from RCSO (November 26, 2025).

Exhibit 10     Document Production email from RCSO (January 28, 2026).

Exhibit 11 Detective Lassiter RFA's.

Exhibit 12 Deputy Andrews RFA's.

Exhibit 13 Deputy Vazquez RFA's.

Exhibit 14 James Obershea RFA's.

Exhibit 15 Robeson County RFA's.

Exhibit 16 Incident Report public copy.