| User: JA3218 | ROBESON CO. SHERIFF'S OFFICE | 03/02/26 10:14:18 |
|---|---|---|

### Event Report

**Event ID: 21-100011**  Call Ref #: 938  Date/Time Received: 10/06/21 08:57:56

| Rpt #: 2021-05180 | Call Source: W911 | Prime Unit: D38 ANDREWS, JASON GEORGE | Services Involved |
|---|---|---|---|

Services Involved: **LAW**

**Location: 616 MOSS NECK RD**

X-ST: *BEAM RD*

Jur: CAD  Service: LAW  Agency: RCSO
St/Beat: Z1  District:  RA: RZ1

Business: **LONG LEAF MHP #5**  Phone: ( ) -  GP: GZ1

Nature: **DOMESTIC**  Alarm Lvl: 1  Priority: P  Medical Priority:

Caller: SMITH,CALEB  Alarm:

Addr: 26 CONGRESS LOOP  Phone: (910) 703-2875  Alarm Type:

| Vehicle #: | St: | Report Only: No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

Call Taker: CL2803  Console: RCCADOP7

Geo-Verified Addr.: Yes  Nature Summary Code:  Disposition: ACC  Close Comments:

Notes: UTILITY WORKERS ARE ALSO AT THE FRONT OF THE TRAILER PARK. WILL BE STANDING BY TO POINT DEP IN THE DIRECTION OF WHERE ITS COMING FROM. [10/06/21 09:02:12 CL2803]
CALLER ADV ITS GOING TO BE TOWARDS THE FRONT OF THE TRAILER PARK UNA OF LOT # [10/06/21 09:00:48 CL2803]
CALLER ADV HE ALSO HEARD SHOTS FIRED [10/06/21 09:00:15 CL2803]
CALLER ADV HE HEARS A FEMALE SCREAMING AND BEGGING FOR HELP. [10/06/21 08:59:20 CL2803]

### Times

| Call Received: 10/06/21 08:57:56 | Time From Call Received | | | |
|---|---|---|---|---|
| Call Routed: 10/06/21 08:59:20 | 000:01:24 | | Unit Reaction: 000:04:31 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 10/06/21 08:59:20 | 000:01:24 | | En-Route: : : | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 10/06/21 09:00:28 | 000:02:32 | *(Time Held)* | On-Scene: : : | *(1st Arrive to Last Clear)* |
| 1st En-Route: 10/06/21 09:00:28 | 000:02:32 | | | |
| 1st Arrive: 10/06/21 09:04:59 | 000:07:03 | *(Reaction Time)* | | |
| Last Clear: | : : | | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| D38 | JA3218 | D | Dispatched | 10/06/21 09:00:28 | Stat/Beat: PZ2 | | RS4938 |
| D38 | JA3218 | E | En-Route | 10/06/21 09:00:28 | Stat/Beat: PZ2 | | RS4938 |
| D45 | RB2776 | D | Dispatched | 10/06/21 09:04:55 | Stat/Beat: PZ5 | | RS4938 |
| D45 | RB2776 | E | En-Route | 10/06/21 09:04:55 | Stat/Beat: PZ5 | | RS4938 |
| D38 | JA3218 | A | Arrived | 10/06/21 09:04:59 | | | RS4938 |
| D32 | KV1857 | D | Dispatched | 10/06/21 09:09:13 | Stat/Beat: PZ4 | | RS4938 |
| D32 | KV1857 | E | En-Route | 10/06/21 09:09:13 | Stat/Beat: PZ4 | | RS4938 |
| D45 | RB2776 | A | Arrived | 10/06/21 09:10:57 | | | RS4938 |
| D32 | KV1857 | A | Arrived | 10/06/21 09:12:31 | | | RS4938 |
| C116 | SL4384 | D | Dispatched | 10/06/21 10:07:58 | | | RS4938 |
| C116 | SL4384 | E | En-Route | 10/06/21 10:07:58 | | | RS4938 |
| C116 | SL4384 | A | Arrived | 10/06/21 10:13:59 | | | RS4938 |
| D32 | KV1857 | ENT | Entered Related Vehicle | 10/06/21 10:40:42 | 1) [Vin:] JHMES95614S000647 [licpl_no:] | | KV1857 |
| D32 | KV1857 | ... | Entered Related | 10/06/21 10:40:42 | 2) [state:] NC | | KV1857 |
| D32 | KV1857 | ENT | Entered Related Vehicle | 10/06/21 10:43:54 | 1) [Vin:] 1GNEC13R5WR129070 [licpl_no:] | | KV1857 |

*r_inci*

Case 5:25-ct-03077-FL    Document 33-2    Filed 03/30/26    Page 1 of 2



Event ID: 21-100011     Call Ref #: 938     **DOMESTIC at 616 MOSS NECK RD**

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|-----------|----------|-----------|------|
| D32 | KV1857 | ... | Entered Related | 10/06/21 10:43:54 | 2) [state:] NC | | KV1857 |
| D32 | KV1857 | ENT | Entered Related Vehicle | 10/06/21 10:46:10 | 1) [Vin:] JT2BC221KXW0217717 - NOT ON | | KV1857 |
| D32 | KV1857 | ... | Entered Related | 10/06/21 10:46:10 | 2) STATE OF VIRGINIA | | KV1857 |
| D32 | KV1857 | ... | Entered Related | 10/06/21 10:46:10 | 3) ** | | KV1857 |
| D32 | KV1857 | ... | Entered Related | 10/06/21 10:46:10 | 4) FOR | | KV1857 |
| D32 | KV1857 | ... | Entered Related | 10/06/21 10:46:10 | 5) [state:] VA | | KV1857 |
| D32 | KV1857 | X | Canceled | 10/06/21 10:51:27 | Pre-empted to Event # 959 | | RS4938 |
| D45 | RB2776 | C | Cleared | 10/06/21 10:58:52 | | ASST | RS4938 |
| D38 | JA3218 | T | Transport | 10/06/21 11:04:02 | To: ROBESON COUNTY JAIL | | RS4938 |
| C116 | SL4384 | C | Cleared | 10/06/21 11:04:04 | | ASST | RS4938 |
| D38 | JA3218 | A | Arrived | 10/06/21 11:35:55 | | | RS4938 |
| D38 | JA3218 | X | Canceled | 10/06/21 11:38:36 | Pre-empted to Event # 991 | | RS4938 |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|-----------|----------|-----------|------|
| | | TR | Time Received | 10/06/21 08:57:56 | By: E911 | | CL2803 |
| | | ENT | Entered Street | 10/06/21 08:57:56 | 213 HUGGINS RD - SW;LUMB | | CL2803 |
| | | VER | Verified Street | 10/06/21 08:57:59 | 26 CONGRESS LOOP | | CL2803 |
| | | CHG | Changed | 10/06/21 08:58:03 | VERIZON --> | | CL2803 |
| | | CHG | Changed AddSt | 10/06/21 08:58:17 | DIST: 117.29 FT --> | | CL2803 |
| | | CHG | Changed Street | 10/06/21 08:58:22 | 26 CONGRESS LOOP --> 616 MOSS NECK | | CL2803 |
| | | VEV | Viewed Event | 10/06/21 08:58:30 | User First Viewed Event CAD | | DM4716 |
| | | ENT | Entered | 10/06/21 08:58:40 | SMITH,CALEB | | CL2803 |
| | | ENT | Entered Nature | 10/06/21 08:58:45 | DOMESTIC | | CL2803 |
| | | ENT | Entered Remarks | 10/06/21 08:59:20 | | | CL2803 |
| | | FIN | Finished Call Taking | 10/06/21 08:59:20 | | | CL2803 |
| | | VEV | Viewed Event | 10/06/21 08:59:20 | User First Viewed Event CAD | | KD1146 |
| | | VEV | Viewed Event | 10/06/21 09:00:11 | User First Viewed Event CAD | | RS4938 |
| | | ARM | Added Remarks | 10/06/21 09:00:15 | | | CL2803 |
| | | ARM | Added Remarks | 10/06/21 09:00:48 | | | CL2803 |
| | | ARM | Added Remarks | 10/06/21 09:02:12 | | | CL2803 |
| | | VEV | Viewed Event | 10/06/21 09:22:12 | User First Viewed Event CAD | | SF2348 |
| | | RSW | Reset Watchdog Timer | 10/06/21 09:27:42 | Units: D45,D32,D38 >>> 30Min. | | RS4938 |
| | | RSW | Reset Watchdog Timer | 10/06/21 10:21:30 | Units: D45,D32,D38,C116 >>> 45Min. | | RS4938 |
| D38 | | RPT | Requested Report# | 10/06/21 10:29:13 | RCSO Report #2021-05180 Unit:D38 | | JA3218 |
| | | VCH | Viewed Call History | 10/06/21 11:02:12 | Location Information | | KD1146 |
| | | CAN | Event Cancelled | 10/06/21 11:38:42 | | ACC | RS4938 |

Case 5:25-ct-03077-FL    Document 33-2    Filed 03/30/26    Page 2 of 2

Page 2