

# INVESTIGATOR STATEMENT

OCA: 2021-05180

DATE: 02/25/2022

DET.MATTHEW LASSITER

DEFENDANT: MAURKICE FOYE

THIS REPORT CONTAINS INFORMATION REGARDING A DOMESTIC DISTURBANCE THAT OCCURRED AT 616 MOSSNECK RD. IN LUMBERTON, NC LOT 29, ON WEDNESDAY, OCTOBER 06, 2021.

████████ STATED SHE HAS BEEN WITH HER BOYFRIEND MAURKICE FOYE FOR ABOUT 3 YEARS. CHATMAN STATED THEY WERE HAVING AN ARGUMENT THIS MORNING. CHATMAN STATED SHE JUMPED OUT THE WINDOW OF HER TRAILER. CHATMAN STATED SHE HEARD A GUNSHOT BUT DID NOT KNOW WHERE IT COME FROM.

MAURKICE FOYE STATED HIMSELF AND HIS GIRLFRIEND JAKIYA CHATMAN WERE HAVING AN ARGUMENT THIS MORNING OVER FACEBOOK MESSAGES ON HIS PHONE. FOYE STATED THERE WAS A GUN IN THE HOUSE.

CALEB SMITH STATED HE WAS DOING WORK IN THE TRAILER PARK WHEN HE HEARD A FEMALE SCREAMING. SMITH STATED HE HEARD ONE- OR TWO-GUN SHOTS COME FROM THE DIRECTION OF THE FEMALE SCREAMING. SMITH STATED HE LOOKED AT THE TRAILER AND SAW A FEMALE JUMP OUT A WINDOW AND START SCREAMING FOR HELP. SMITH STATED THE FEMALE RAN TO THE BACK OF THE TRAILER. SMITH STATED HE SAW A MALE SUBJECT GO OUT OF THE HOUSE TO THE FEMALE AND PULL HER BACK INTO THE HOUSE. SMITH STATED HE CALLED 911.

ON WEDNESDAY, OCTOBER 06, 2021, DEPUTY ANDREWS WAS DISPATCHED TO 616 MOSSNECK RD. LUMBERTON, NC LOT 29 IN REFERENCE TO A DOMESTIC DISTURBANCE WITH SHOTS FIRED. WHEN DEPUTY ANDREWS ARRIVED, DEPUTY ANDREWS OBSERVED THE ADDRESS TO BE A SINGLEWIDE MOBILE HOME WITH THE FRONT DOORWAY SLIGHTLY OPEN AND A FRONT WINDOW OPEN WITH THE WINDOW DRAPES PUSHED OUTSIDE. DEPUTY ANDREWS KNOCKED ON THE SIDE OF THE MOBILE HOME AND VERBALLY ANNOUNCED HIS PRESENCE. DEPUTY ANDREWS OBSERVED THE SLIGHTLY OPEN FRONT DOOR CLOSE SHUT. DEPUTY ANDREWS CONTINUED TO REQUEST ANYONE INSIDE THE RESIDENCE TO COME OUT AS HE CALLED FOR ANOTHER UNIT TO HIS LOCATION. DEPUTY ANDREWS CHECKED AROUND THE OUTSIDE OF THE RESIDENCE AND COULD HEAR MOVING FROM INSIDE THE RESIDENCE. AS DEPUTY ANDREWS WAITED FOR ANOTHER UNIT TO ARRIVE, THE FRONT DOOR OF THE RESIDENCE OPENED, AND A BLACK FEMALE EXITED THE RESIDENCE.

DEPUTY ANDREWS REQUESTED THE BLACK FEMALE COME TOWARDS HIM AS HE STOOD A DISTANCE FROM THE RESIDENCE. AS THE BLACK FEMALE GOT CLOSER TO DEPUTY ANDREWS, HE COULD OBSERVE THE BLACK FEMALE HAD A SWOLLEN LEFT EYE WITH MARKS AROUND IT. DEPUTY ANDREWS ASKED THE BLACK FEMALE IF ANYONE ELSE WAS INSIDE THE RESIDENCE THEN OBSERVED A BLACK MALE EXIT THE FRONT DOOR OF THE RESIDENCE. DEPUTY ANDREWS WALKED OVER TO THE



BLACK MALE AND CHECKED HIM FOR WEAPONS, AFTER CHECKING THE BLACK MALE FOR WEAPONS, DEPUTY ANDREWS DETAINED THE BLACK MALE BY PLACING HIM INTO HANDCUFFS. DEPUTY ANDREWS IDENTIFIED THE BLACK MALE AS MAURKICE DOCK ARMAAN FOYE B/M DOB:09/01/1999. DEPUTY ANDREWS PLACED FOYE IN THE PASSENGER AREA OF HIS PATROL VEHICLE THEN RETURNED TO SPEAK WITH THE BLACK FEMALE.

DEPUTY ANDREWS IDENTIFIED THE BLACK FEMALE AS ███ CHATMAN B/F DOB: ███ DEPUTY ANDREWS WAS ASSISTED BY DEPUTY VAZQUEZ AS A SECURITY CHECK OF THE RESIDENCE WAS PERFORMED. DEPUTY VAZQUEZ HAD ALREADY BEEN TOLD ABOUT THE LOCATION OF THE FIREARM FROM CHATMAN WHICH WAS IN THE OPEN KITCHEN CABINET. DEPUTY ANDREWS COLLECTED THE FIREARM FOR SAFE KEEPING AS DEPUTY VAZQUEZ CHECKED TO SEE IF THE FIREARM WAS STOLEN BY RUNNING THE SERIAL NUMBER WITH ROBESON COUNTY COMMUNICATIONS. THE FIREARM IS A TAURUS G3 9MM SERIAL NUMBER: ACG001624. AFTER THE FIREARM CAME BACK AS NOT STOLEN, DEPUTY ANDREWS SECURED THE FIREARM IN HIS PATROL VEHICLE.

FIRST SERGEANT LEWIS ARRIVED ON LOCATION AND DEPUTY ANDREWS ADVISED HIM OF THE SITUATION. FIRST SERGEANT LEWIS ADVISED DEPUTY ANDREWS; DETECTIVE LASSITER WAS ENROUTE TO TAKE OVER THE CASE. AFTER DETECTIVE LASSITER ARRIVED ON LOCATION AND CONDUCTED HIS INVESTIGATION, DEPUTY ANDREWS TRANSPORTED FOYE TO THE ROBESON COUNTY SHERIFF'S OFFICE AND HANDED HIM OVER TO DETECTIVE LASSITER. DEPUTY ANDREWS PLACED THE FIREARM INSIDE EVIDENCE AT THE ROBESON COUNTY SHERIFF'S OFFICE.

ON OCTOBER 6,2021 I DET LASSITER RECEIVED A CALL TO RESPOND TO 616 MOSS NECK RD LOT 29 IN REFERENCE TO A DOMESTIC THAT HAD OCCURRED. UPON ARRIVING ON SCENE, I SPOKE WITH DEPUTY ANDREWS WHO BRIEFED ME ON THE EVENTS THAT HAD TAKEN PLACE. ANDREWS ADVISED ME THAT FOYE HAD BEEN DETAINED AND THAT THERE WAS A FIREARM INSIDE THE RESIDENCE AND THAT FOYE WAS A CONVICTED FELON.

WHILE ON SCENE I CONDUCTED AN INVIEW WITH JAKIYA CHAT WHILE SITTING IN MY PATROL VEHICLE AT THE ADDRESS OF 616 MOSS NECK RD LOT 29 LUMBERTON NC. CHATMAN STATED THAT HER AND HER BOYFRIEND OF THREE YEARS GOT INTO A VERBAL ALTERCATION. CHATMAN STATED THAT HER AND FOYE HAD BEEN LIVING TOGETHER FOR ABOUT THREE MONTHS. CHATMAN STATED THAT HER AND FOYE HAD BEEN ARGUING BECAUSE SHE FOUND OUT THAT FOYE HAD BEEN TEXING OTHER GIRLS. CHATMAN STATED THAT THEY WERE ARGUING AND THAT SHE STARTED THROWING THINGS AROUND THE HOUSE BECAUSE SHE WAS UPSET. CHATMAN STATED THAT FOYE WAS CALM FOR A WHILE. CHATMAN STATED THAT SHE STARTED SAYING THINGS AND THAT FOYE BEGAN CHASING HER AROUND THE HOUSE. CHATMAN STATED THAT SHE STARTED CALLING FOYE "BITCHES" AND "MOTHERFUCKERS" AND THEY STARTED FIGHTING IN THE LIVINGROOM. CHATMAN STATED THAT SHE HIT FOYE FIRST AND THAT'S WHAT STARTED THE PHYSICAL ALTERCATION. CHATMAN STATED THAT SHE STARTED PACING AROUND THE HOUSE BECAUSE SHE WAS MAD. CHATMAN STATED THAT SHE WENT TO THE BEDROOM AND RAISED THE WINDOW SO THAT SHE COULD GET OUT THE HOUSE. CHATMAN STATED THAT SHE WENT OUT THE WINDOW AND RAN TO THE BACK DOOR. CHATMAN STATED THAT SHE NEVER HEARD A GUNSHOT OR SEEN FOYE WITH THE GUN. CHATMAN STATED THAT HER AND FOYE ARGUE AT LEAST TWICE A WEEK.

MAURKICE FOYE WAS TRANSPORTED TO THE ROBESON COUNTY SHERIFF'S OFFICE FOR PROCESSING. FOYE WAS READ HIS MIRANDA RIGHTS AND AGREED AND SIGNED HIS RIGHTS AGREEING TO SPEAK WITH ME. FOYE STATED THAT HE AND HIS GIRLFRIEND GOT INTO A HEATED ARGUMENT OVER SOMEONE MESSAGING HIM ON FACEBOOK. FOYE STATED THAT HIS GIRLFRIEND OWNED A GUN AND THAT HE NEVER KNOWS WHERE SHE KEEPS IT BECAUSE HE IS A CONVICTED FELON. FOYE STATED THAT THERE WAS NO PHYSICAL ALTERCATION THAT THE ALTERCATION WAS ONLY VERBAL. FOYE STATED THAT THE GUN WAS NEVER INVOLVED IN THE INCIDENT. FOYE STATED THAT HE TOLD THE MALE DEPUTY THAT THERE WAS A FIREARM IN THE HOUSE. FOYE STATED THAT THE GUN WAS A 9MM THAT HE DIDN'T KNOW WHAT KIND OF GUN IT WAS. FOYE STATED THAT CHATMAN HAD THE GUN FOR ABOUT 3 WEEKS. FOYES BROTHERS GIRL FRIEND PURCHASED THE GUN FOR CHATMAN. FOYE DENIED THAT HE HAD EVER HELD THE GUN OR SHOT THE GUN. FOYE STATED THAT CHATMAN ATTEMPTED TO LEAVE THE RESIDENCE THROUGH THE FRONT DOOR. FOYE STATED THAT HE STOPPED CHATMAN AND SAID WE GONE TALK. FOYE STATED THAT CHATMAN WENT TO THE BEDROOM AND WENT OUT THE WINDOW. FOYE DENIED HAVING A FIST FIGHT WITH CHATMAN IN THE LIVINGROOM. FOYE STATED THAT HE DIDN'T KNOW WHERE THE FIREARM WAS LOCATED. FOYE STATED THAT HE DIDN'T KNOW THAT CHATMAN HAD LEFT OUT THE WINDOW. FOYE WAS CHARGED WITH POSSESSION OF FIREARM BY CONVICTED FELON AND SIMPLE ASSAULT ON A FEMALE. FOYE WAS TAKEN BEFORE A MAGISTRATE WHERE HE RECIEVEFD A 10,000.00 DOLLAR SECURED BOND FOR THE POSSESSION OF FIREARM BY CONVICTED FELON AND A NO BOND FOR THE ASSAULT ON A FEMALE.

Maurkice Foye
Maurkice Foye