

# ROBESON COUNTY
## SHERIFF'S OFFICE



120 Legend Road
Lumberton, NC 28358

## CONSENT TO SEARCH

I, ████████████ / *Maurkices foye* give permission to Officers of the Robeson County Sheriff's Office to search the PERSONAL or REAL PROPERTY located at:

~~616 SY Moss Neck Road~~, ~~Lot 29~~ Lumberton NC 28360

_____(Location)_____

and described as follows(Specify description of Property and areas to be searched; If for automobiles, include make, model, color and VIN):

A Kitchen Cabinet and other areas.

I am the lawful possessor, occupant or owner of the property described above. I willingly grant my consent to this search and seizure of any contraband or criminal evidence found. This written permision is given by me voluntarily and without threats or promises of any kind being made to me.

Maurkica foye                                        09-01-1991

Signed: ~~Maurica Cinderman~~ _____ DOB: ████████

Address: ~~616 Moss neck Road, Lot 29~~ Lumberton NC 28360

Witness: ~~Mark Vpp nuts~~ _____ Date: 10-6-2021

_____ Date: _____

Place: _____

_____

_____