██████ ████ Chatman
616. MOSS neck RD Lot 29
Lumberton NC 28360
DOB: ██████ B/F
910— ████████

Interview Location: Patrol vehicle

OCn. 2021-05180
Date: 10-6-21
Time: 10:18 A.m.

*Mauriel foye* ~~██████████████~~

maurkice foye ~~████████~~

On October, 6, 2021 at around 9:30 A.m. me and my boyfriend Maurkice Foye got into a verbal Altercation. Maurkice and I have been dating for about 3years. we having been living together for about 3 months. ~~Ana~~ Our Altercation started because I found out maurkice had been texting other girls, I confronted maurkice about texting and we were arguing and I was throwing things around the house because I was upset. Maurkice was calm for awhile. I started saying things he began chasing me around the house. I started calling Maurkice names like "Bitches motherfucker", we started fighting in the living room. I hit maurkices first and thats what started the fight. I was pacing around and ended up in the bedroom. I was pacing because I was mad. when I got in the bedroom I raised the window so I could get out. I keep holler and cussing at maurkices. Maurkices started to the bedroom so I went out the window and ran to the back door. I didn't hear any gunshots nor did I see maurkices with a gun.

page 1 of 2