Ex. 5

## FACTS SUPPORTING GUILT

LIST FACTS SUPPORTING DEFENDANT'S GUILT:

FOYE STATED TO DEPUTIES THAT THERE WAS A FIREARM INSIDE THE RESIDENCE.

SMITH STATED THAT HE HEARD GUNSHOTS FROM THE RESIDENCE. SMITH STATED THAT HE SEEN A FEMALE JUMP OUT A WINDOW.

CHATMAN STATED THAT SHE HEARD A GUN SHOT BUT DIDNT KNOW WHERE IT CAME FROM.

## COMMENTS

STATE ANY COMMENT YOU WISH TO MAKE CONCERNING THIS CASE ABOUT THE DEFENDANT:

THE DFENDANT WAS CONVICTED OF BREAKING AND ENTERING A M/V IN JOHNSTON COUNTY SUPERIOR COURT ON 03/01/2018.

DEFENDANT'S CRIMINAL HISTORY:

ATTACH A COPY OF DEFENDANT'S CRIMINAL HISTORY FROM N.C.I.C WITH THIS REPORT. IF DEFENDANT HAS NONE, ATTACH THE N.C.I.C. DOCUMENT INDICATING THIS AS WELL. (After obtaining a history from the computer, please make a separate dark copy of the history on a copier insted of attaching the lenghty computer generated report. Make sure to allow a space at the top and bottom of the report while copying.)

ATTACH A REQUEST FOR A CERTIFIED COPY OF THE DEFENDANT'S CRIMINAL RECORD FROM THE COUNTY CLERK OF COURT'S OFFICE WITH REPORT. (Even though you submit two felony reports to the

DEFENDANT'S NAME:  MAURKICE FOYE