

Maurkice Foye

████████████████

Lumberton, NC, 28358

████████████████

████████

Public Records Officer

Robeson County Sheriff's Office

120 Legend Road

Lumberton, NC 28358

Subject: North Carolina Public Records Request - Defendants in Civil Case No. 5-25-CT-03077

-First Sargent kwis       -Detective Matthew lassiter
- James Obershea
Dear Records Officer,           - Deputy Andrews
- Deputy Vazquez

Pursuant to the North Carolina Public Records Law (N.C. Gen. Stat. § 132-1 et seq.), I am requesting access to and copies of all public records related to any and all defendants named in Civil Case No. 5-25-CT-03077.

Specifically, I request the following documents:

- Internal reports, complaints, or disciplinary actions involving any of the named defendants

- Use-of-force reports or incident reports related to the defendants

- Internal memos or emails referencing the defendants in relation to the lawsuit or related events

- Body camera footage or other audio/video evidence associated with the case (if applicable)

- Any other documentation relating to investigations or administrative actions involving these individuals

- Video footage from the interview between Maurkice Foye and Detective Matthew Lassiter and James Obershea conducted on December 13th, 2022 between the hours of 9am-2pm located at the Robeson County Sheriff's Office.

If these records exist in electronic format, I prefer to receive them by email. If any part of this request is den

If any fees will be charged, please notify me in advance if the total will exceed [insert your dollar limit, e.g.,

Thank you for your assistance in this matter. I look forward to your response within a reasonable timeframe

Sincerely,

Maurkice Foye