

## CONFIRMATION OF LEAVING DOCUMENTS

### Third and Final Follow-Up – Public Records Request

Date: June 03, 2025

To: Robeson County Sheriff's Office

120 Legend Rd

Lumberton, NC 28358

From: Maurkice Foye





RE: Third and Final Follow-Up Regarding Public Records Request Pursuant to N.C. Gen. Stat. 132-1 et seq.

This document serves as formal confirmation that on June 3, 2025, I personally appeared at the Robeson County Sheriffs Office to conduct a third and final follow-up regarding my previously submitted public records request.

- The initial request was made on May 15, 2025.

- A first follow-up was conducted on May 27, 2025.

- Today marks my third and final in-person follow-up before initiating legal action.