**Divina Mintac** 2:08 PM  😊  ↩  •••

to me ⌄

Mr. Foye,

Further to our phone call on November 25, 2025, I am writing to update you on the status of your request. The Sheriff's Department has forwarded some information to our office for review. We will carefully examine the information to ensure no confidential details are disclosed and redact any necessary portions. Once we have completed this process, we will promptly send you the information.

Please be patient as this task involves ongoing communication with the Sheriff's Department, which may take some time.

Thank you for your understanding. Have a wonderful Thanksgiving.

Best regards,
Divina Mintac

  ↳ So still no update!!!...

**Divina Mintac | Legal Assistant**
Robeson County Attorney's Office
550 N. Chestnut St., Lumberton, NC 28358
Office 910-887-6502 | Fax 910-671-6440
divina.mintac@robesoncountync.gov | www.co.robeson.nc.us

↩ Reply          ↪ Forward          😊

*Handwritten annotations:*

Filed
Request
05/15/25



First Response
11/26/25