Ex, 10



**CHARLOTTE OFFICE**

2907 PROVIDENCE RD., SUITE 200 (28211)
POST OFFICE BOX 30787
CHARLOTTE, NORTH CAROLINA 28230
TELEPHONE (704) 332-8300
FAX (704) 332-9994

TAYLOR J. SWEET
DIRECT DIAL #: (704) 940-3403
EMAIL: TAYLOR.J.SWEET@CSHLAW.COM
WWW.CSHLAW.COM

January 28, 2026

**VIA EMAIL & MAIL**
Maurkice Foye
117 Ridge Drive
St. Pauls, NC 28384
maurkicef@gmail.com

Re:     **Records Request to Robeson County Sheriff's Office**

Dear Maurkice Foye:

Please see attached records from the Robeson County Sheriff's Office in response to your request. Please let me know if you have any questions.

Sincerely,

Taylor J. Sweet

## ARREST REPORT

| AGENCY INFO | | | | | |
|---|---|---|---|---|---|
| **Agency Name** Robeson Co. Sheriff's Office | | **ORI** NC0780000 | **Date/Time Arrested** 10/06/2021 13:00 Wed | **Case #** | |
| **Taken** | | **Arrest Tract** | **Residence Tract** 1 | **Arrest Number** 177071 | |

### ARRESTEE INFO

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex | Place of Birth | Citizenship |
|---|---|---|---|---|---|---|
| **FOYE, MAURKICE** | 09/01/1999 | 22 | B | M | NC | US |

| Current Address | Phone | Occupation | Residence Status |
|---|---|---|---|
| 616 Mossneck Rd, 29, Lumberton, NC 28360 | | | |

| Employer's Name | Address | Phone |
|---|---|---|
| | | |

| Also Known As (Alias Names) | Hgt | Wgt | Hair | Eyes | Skin Tone |
|---|---|---|---|---|---|
| | | | | | |

| Scars, Marks, Tattoos | Social Security # | OLN and State | Misc. # and Type |
|---|---|---|---|
| | | | |

| Nearest Relative Name | Address | Phone |
|---|---|---|
| | | |

### ARREST INFO

| If Armed, Type of Weapon | Type of Arrest | | | | Place of Arrest | | |
|---|---|---|---|---|---|---|---|
| **UNARMED** | **ON VIEW** | | | | **616 MOSSNECK RD - 29, LUMBERTON** | | |

| Charge | | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|---|
| Charge #1 | **Simple Assault- Assault On Female** | Misd | 1 | 13B | 21CR054852 | 14-33(C)(2) | 10/06/2021 |
| Charge #2 | **Possession Of Firearm By Felon** | Fel | 1 | 520 | 21CR054851 | 14-415.1 | 10/06/2021 |
| Charge #3 | | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |

### VEH INFO

| VYR | Make | Model | Style |
|---|---|---|---|
| Color | Plate #/State/Plate Year | VIN | |
| Vehicle | | | |

### CONFINED AND BOND

| Date/Time Confined 10/06/2021 13:09:07 | Place Confined | | | Committing Magistrate | |
|---|---|---|---|---|---|
| Type Bond | Bond Amount | Trial Date | Time | Court Of | City |

Arresting Officer Name/ID #/Bureau **LASSITER, S. M. (PAT, PAT) (SL4384)**

| Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released |
|---|---|---|

### DRUGS / ARREST

**Status Codes** 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown/Lost

| Code | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity for each |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Other Name

| Name | Address | Phone |
|---|---|---|
| | | |
| Name | Address | Phone |
| | | |

### NARRATIVE

### STATUS

Arresting Officer Signature/ID #/Bureau **LASSITER, S. M. (PAT, PAT) (SL4384)**

| Case Status **Closed/cleared** | Arrestee Signature |
|---|---|

r_ar1br

Printed By: DM0443, RCSOC2

Ex. 10.2

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Robeson Co. Sheriff's Office

**ORI:** NC0780000

**Case#:** 2021-05180

**Date / Time Reported:** 10/06/2021 08:57 Wed
**Last Known Secure:** 10/06/2021 08:56 Wed
**At Found:** 10/06/2021 08:57 Wed

**INCIDENT DATA**

**Location of Incident:** 616 MOSS NECK RD Apt. 29, Lumberton NC

**Gang Relat:** NO

**Premise Type:** Residence/home

**P ZONE/D ZONE**

| | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Assault By Pointing A Gun 14-34 | | Handgun | | | N |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

**# of Victims:** 1  **Type:** Individual (not a LE Officer)  **Injury:** Apparent Minor Injury

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | CHATMAN, JAKIYA | 1, | 11/07/2001 Age 19 | B | F | IBG | Resident | |

**Home Address:** 616 MOSSNECK RD - 29, Lumberton, NC 28360-
**Email:**
**Home Phone:** 984-297-6459

**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lls | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

**CODES:** V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** Individual (not a LE Officer)   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | SMITH, CALEB J | | 01/02/1993 Age 28 | W | M | | Non-Resident | |

**Home Address:** 1100 CENTER ST. FAYETTEVILLE, NC 28306
**Email:**
**Home Phone:** 910-703-2875

**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

**Type:**   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Home Address:**
**Email:**
**Home Phone:**

**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VL # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 19 | EVID | $1.00 | | 1 | TAURUS G3 9MM HANDGUN | 9MM/TAURUS/G3 | ACG00162 |

**STATUS**

**Officer/ID#:** ANDREWS, J. G. (MAJ, MC) (JA3218)

**Invest ID#:** LASSITER, S. M. (PAT, PAT) (SL4384)

**Supervisor:** BUFFKIN, R. D. (CIT, CIT) (RB2776)

**Complainant Signature:**

**Case Status:** Cba   07/06/2023

**Case Disposition:**

Page 1

R_CS1IBR          Printed By: DM0443, RCSOC2          Sys#: 279381          05/27/2025 15:11

Case 5:25-ct-03077-FL     Document 33-11     Filed 03/30/26     Page 3 of 12

**INCIDENT/INVESTIGATION REPORT**

*Robeson Co. Sheriff's Office*

Case # *2021-05180*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| **D R U G S** | · | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Assisting Officers**
*LASSITER, S.M. (SL4384), HOWARD, K.E. (KV1857), BUFFKIN, R.D. (RB2776)*

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

**NARRATIVE**

Case 5:25-ct-03077-FL     Document 33-11     Filed 03/30/26     Page 4 of 12

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Robeson Co. Sheriff's Office | | 2021-05180 |
| Victim | Offense | Date / Time Reported |
| CHATMAN, JAKIYA | ASSAULT BY POINTING A GUN | Wed 10/06/2021 08:57 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

VICTIM:
JAKIYA CHATMAN
616 MOSSNECK RD. LOT 29
LUMBERTON, NC 28360
DOB: 11/07/2001
(984) 297-6459

SUSPECT:
MAURKICE DOCK ARMAAN FOYE
616 MOSSNECK RD. LOT 29
LUMBERTON, NC 28360
DOB: 09/01/1999

REPORTING PARTY:
CALEB J. SMITH
1100 CENTER ST.
FAYETTEVILLE, NC 28306
(910) 703-2875

SOURCE:
THIS REPORT CONTAINS INFORMATION REGARDING A DOMESTIC DISTURBANCE THAT
OCCURRED AT 616 MOSSNECK RD. IN LUMBERTON, NC LOT 29, ON WEDNESDAY, OCTOBER 06,
2021.

VICTIMS ACCOUNT: JAKIYA CHATMAN,
CHATMAN STATED SHE HAS BEEN WITH HER BOYFRIEND MAURKICE FOYE FOR ABOUT 3 YEARS.
CHATMAN STATED THEY WERE HAVING AN ARGUMENT THIS MORNING. CHATMAN STATED SHE
JUMPED OUT THE WINDOW OF HER TRAILER. CHATMAN STATED SHE HEARD A GUNSHOT BUT DID
NOT KNOW WHERE IT COME FROM.

SUSPECTS ACCOUNT: MAURKICE FOYE,
FOYE STATED HIMSELF AND HIS GIRLFRIEND JAKIYA CHATMAN WERE HAVING AN ARGUMENT
THIS MORNING OVER FACEBOOK MESSAGES ON HIS PHONE. FOYE STATED THERE WAS A GUN IN
THE HOUSE.

REPORTING PARTY ACCOUNT: CALEB SMITH,
SMITH STATED HE WAS DOING WORK IN THE TRAILER PARK WHEN HE HEARD A FEMALE
SCREAMING. SMITH STATED HE HEARD ONE OR TWO GUN SHOTS COME FROM THE DIRECTION OF
THE FEMALE SCREAMING. SMITH STATED HE LOOKED AT THE TRAILER AND SAW A FEMALE
JUMP OUT A WINDOW AND START SCREAMING FOR HELP. SMITH STATED THE FEMALE RAN TO
THE BACK OF THE TRAILER. SMITH STATED HE SAW A MALE SUBJECT GO OUT OF THE HOUSE TO
THE FEMALE AND PULL HER BACK INTO THE HOUSE. SMITH STATED HE CALLED 911.

OFFICER ACTIONS & OBSERVATIONS,
ON WEDNESDAY, OCTOBER 06, 2021, DEPUTY ANDREWS WAS DISPATCHED TO 616 MOSSNECK RD.

Case 5:25-ct-03077-FL     Document 33-11     Filed 03/30/26     Page 5 of 12

## REPORTING OFFICER NARRATIVE

| Robeson Co. Sheriff's Office | | OCA 2021-05180 |
|---|---|---|
| Victim CHATMAN, JAKIYA | Offense ASSAULT BY POINTING A GUN | Date / Time Reported Wed 10/06/2021 08:57 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

LUMBERTON, NC LOT 29 IN REFERENCE TO A DOMESTIC DISTURBANCE WITH SHOTS FIRED. WHEN DEPUTY ANDREWS ARRIVED, DEPUTY ANDREWS OBSERVED THE ADDRESS TO BE A SINGLEWIDE MOBILE HOME WITH THE FRONT DOORWAY SLIGHTLY OPEN AND A FRONT WINDOW OPEN WITH THE WINDOW DRAPES PUSHED OUTSIDE. DEPUTY ANDREWS KNOCKED ON THE SIDE OF THE MOBILE HOME AND VERBALLY ANNOUNCED HIS PRESENCE. DEPUTY ANDREWS OBSERVED THE SLIGHTLY OPEN FRONT DOOR CLOSE SHUT. DEPUTY ANDREWS CONTINUED TO REQUEST ANYONE INSIDE THE RESIDENCE TO COME OUT AS HE CALLED FOR ANOTHER UNIT TO HIS LOCATION. DEPUTY ANDREWS CHECKED AROUND THE OUTSIDE OF THE RESIDENCE AND COULD HEAR MOVING FROM INSIDE THE RESIDENCE. AS DEPUTY ANDREWS WAITED FOR ANOTHER UNIT TO ARRIVE, THE FRONT DOOR OF THE RESIDENCE OPENED, AND A BLACK FEMALE EXITED THE RESIDENCE.

DEPUTY ANDREWS REQUESTED THE BLACK FEMALE COME TOWARDS HIM AS HE STOOD A DISTANCE FROM THE RESIDENCE. AS THE BLACK FEMALE GOT CLOSER TO DEPUTY ANDREWS HE COULD OBSERVE THE BLACK FEMALE HAD A SWOLLEN LEFT EYE WITH MARKS AROUND IT. DEPUTY ANDREWS ASKED THE BLACK FEMALE IF ANYONE ELSE WAS INSIDE THE RESIDENCE THEN OBSERVED A BLACK MALE EXIT THE FRONT DOOR OF THE RESIDENCE. DEPUTY ANDREWS WALKED OVER TO THE BLACK MALE AND CHECKED HIM FOR WEAPONS. AFTER CHECKING THE BLACK MALE FOR WEAPONS, DEPUTY ANDREWS DETAINED THE BLACK MALE BY PLACING HIM INTO HANDCUFFS. DEPUTY ANDREWS IDENTIFIED THE BLACK MALE AS MAURKICE DOCK ARMAAN FOYE B/M DOB:09/01/1999. DEPUTY ANDREWS PLACED FOYE IN THE PASSENGER AREA OF HIS PATROL VEHICLE THEN RETURNED TO SPEAK WITH THE BLACK FEMALE.

DEPUTY ANDREWS IDENTIFIED THE BLACK FEMALE AS JAKIYA CHATMAN B/F DOB:11/07/2001. DEPUTY ANDREWS WAS ASSISTED BY DEPUTY VAZQUEZ AS A SECURITY CHECK OF THE RESIDENCE WAS PERFORMED. DEPUTY VAZQUEZ HAD ALREADY BEEN TOLD ABOUT THE LOCATION OF THE FIREARM FROM CHATMAN WHICH WAS IN THE OPEN KITCHEN CABINET. DEPUTY ANDREWS COLLECTED THE FIREARM FOR SAFE KEEPING AS DEPUTY VAZQUEZ CHECKED TO SEE IF THE FIREARM WAS STOLEN BY RUNNING THE SERIAL NUMBER WITH ROBESON COUNTY COMMUNICATIONS. THE FIREARM IS A TAURUS G3 9MM SERIAL NUMBER: ACG001624. AFTER THE FIREARM CAME BACK AS NOT STOLEN, DEPUTY ANDREWS SECURED THE FIREARM IN HIS PATROL VEHICLE.

FIRST SERGEANT LEWIS ARRIVED ON LOCATION AND DEPUTY ANDREWS ADVISED HIM OF THE SITUATION. FIRST SERGEANT LEWIS ADVISED DEPUTY ANDREWS, DETECTIVE LASSITER WAS ENROUTE TO TAKE OVER THE CASE. AFTER DETECTIVE LASSITER ARRIVED ON LOCATION AND CONDUCTED HIS INVESTIGATION, DEPUTY ANDREWS TRANSPORTED FOYE TO THE ROBESON COUNTY SHERIFF'S OFFICE AND HANDED HIM OVER TO DETECTIVE LASSITER. DEPUTY ANDREWS PLACED THE FIREARM INSIDE EVIDENCE AT THE ROBESON COUNTY SHERIFF'S OFFICE.

Ex. 10.6

## Incident Report Suspect List

*Robeson Co. Sheriff's Office*

OCA: *2021-05180*

| 1 | Name (Last, First, Middle) **FOYE, MAURKICE** | | | | | | Also Known As | | | | | Home Address **616 MOSSNECK RD - 29 LUMBERTON, NC 28360** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Business Address *STUDENT* | | | | | | | | | | | 919-785-8817 |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| *09/01/1999* | *22* | *B* | *M* | *N* | *507* | *130* | *BLK* | *BRO* | *DAR* | |

Scars, Marks, Tattoos, or other distinguishing features

*TATT LEFT ARM / "YMF"; TATT RIGH ARM / "TRULY BLESSED" BLG; TATT LEFT CHEST / "MIND OVER EMOTION"; TATT RIGH CHEST / PRAYING HANDS; TATT FRON NECK / ANGEL WINGS*

| *Reported Suspect Detail* | | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | Caliber | Dir of Travel Mode of Travel | | |
| Veh Yr / Make / Model | | Drs | Style | | Color | | Lic Plate / State | | VIN | | |

Notes _____ Physical Char _____

R_CS8 IBR

Printed By: DM0443, RCSOC2    05/27/2025 15:11

Ex. 10.7

*Robeson Co. Sheriff's Office*

OCA: *2021-05180*

| | Property Description | | | | Make | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|---|
| **1** | *TAURUS G3 9MM HANDGUN* | | | | *TAURUS* | | *G3* | | | *9MM* |

| Color | Serial No. | | Value | | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|
| *Black* | *ACG00162* | | | *$1.00* | *1.000* | | *Locally* |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| *Evidence* | *10/06/2021* | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| *Chatman, Jakiya* | *11/07/2001* | *19* | *B* | *F* |

Notes

Case 5:25-ct-03077-FL   Document 33-11   Filed 03/30/26   Page 8 of 12

Ex. 10.8

# Robeson County Sheriff's Office

## Evidence / Property Room

## Return of Firearms

Firearms that are being held can only be released to individuals who can legally possess them; regardless of who they were seized from. This decision will be based on the review of a criminal history record of the requesting individual which will be examined for state or federal disqualifying factors.

Firearms seized as part of a criminal prosecution cannot be released until the case is disposed of in either District or Superior Court and the District Attorney determines it is no longer needed as evidence according to NCGS 15-11.1 (b1).

A court order signed by a judge should be completed at the disposition of the court case. If you are represented by an attorney discuss the return of the firearm with attorney.

Court orders obtained by the Evidence Technician will delay the return of your firearm.

If your firearm was stolen and recovered be sure to make the District Attorney's Office aware of your desire to have the firearm returned.

The following items will need to be provided before the return of any firearm:

Completed Robeson County Sheriff's Office Return forms

Identification (Driver's license, I.D. card, Military I.D. etc.)

Court order

Proof of ownership

If the firearm was seized for safe keeping please contact the Robeson County Sheriff's Office Evidence/Property Room in reference to the return of the firearm.

Inquiries can be made to:

Robeson County Sheriff's Office Evidence/Property Room

Lieutenant Kevin Graham or Sergeant Terry Odum

910-671-3/00

Ex. 10.9

# Robeson County Sheriff's Office

## Evidence / Property Room

## Return of Firearm Questionnaire

Name _Smith_    _Tykia Alexandria Denice_    Race _B_ Sex _F_

    Last                  First             Middle

Address _511 S. pollock St_    City _Selma_    State _NC_ Zip _27876_

Date of Birth _09_ / _26_ / _1998_    Age _24_    Social Security Number _241_ - _89_ - _3716_

U.S. Citizen: _✓_ Yes _____ No    Contact Number _919-726-8756_

To be completed by Evidence Room Personnel:

OCA: _2021-05180_    NICS Transaction Number (NTN)_____

Requestor (if different than DCI Operator) _Inv. Tim Locklear_

DCI Operator _LT. Kevin Oxendine_ Signature _____ Date: _1 / 11 / 2025_

Ex. 10.10

## Robeson County Sheriff's Office

### Evidence / Property Room

Please provide the following information in reference to your firearm. Examples of manufacturer and model are shown at the bottom of the page not all manufacturers or models are included.

Firearm Type: ✓ Handgun _____ Shotgun _____ Rifle

Firearm Manufacturer: Taurus

Firearm Model: G #

Firearm Serial Number: ACG1DD11024

Who was the firearm seized from? MAuRKce Foye

What was the date of the seizure? 10\16\2021

What type of Incident? Assault By Pozatong A Gun

Manufacturer's example: Smith & Wesson, Remington, Ruger, Springfield Armory, SCCY, etc.

Model examples: SD40SE, XD, LCP, CPX1, etc.

Ex. 10.11

## Robeson County Sheriff's Office

### Evidence / Property Room

1. Yes  (No)  Are you an alien illegally or unlawfully in the United States?
2. Yes  (No)  Are you now under indictment or have any charges pending, whether felony, misdemeanor or traffic charges? If yes, please provide date, charge and county/state where charges are pending:

_____

3. Yes  (No)  Have you ever been charged with or convicted of a felony? If yes, please provide the date, charge and county/state where offense allegedly occurred:

_____

4. Yes  (No)  Are you a fugitive from justice?
5. Yes  (No)  Have you ever been convicted or charge for use of marijuana an/or depressant, stimulant narcotic drug, or any other substance? If yes, please provide the date, charge and county/state:

_____

6. Yes  (No)  Have you ever been convicted or pled guilty to a misdemeanor or felony crime of domestic violence or an assault on a domestic partner? If yes, provide date, charge and county/state:

_____

7. Yes  (No)  Are you currently under a domestic violence order or restraining order either as a plaintiff or defendant? If yes, provide the date and county/state where order was issued and the expiration date of the order:

_____

8. Yes  (No)  Are you currently or have you ever been found in a court or administrative proceeding to be incompetent on grounds of mental illness or defect? If yes, provide the date and county/state:

_____

9. Yes  (No)  Have you ever been treated for a mental condition or been committed either voluntarily or involuntarily to any mental institution? If yes, provide the date, location of institution and county/state:

_____

10. Yes  (No)  Are you currently subject to a state or federal court order that prohibits you from purchasing or possessing or owning a handgun or other firearm? If yes, explain:

_____

11. Yes  (No)  Have you ever been discharged from any branch of the Armed Forces under dishonorable conditions?

I, Tykia Smith _____, do hereby certify that the above statements are true and correct to the best of my knowledge. I also understand that any false statements or falsification of the above information can result in the denial of getting my firearm(s) back.

Signature: _____    Date: 1/10/23