Ex. 16

# INCIDENT REPORT
## PUBLIC COPY

| | |
|---|---|
| **Agency Name** *Robeson Co. Sheriff's Office* | **Case#** *2021-05180* |
| **ORI** *NC0780000* | **Date / Time Reported** *10/06/2021 08:57 Wed* |

**INCIDENT DATA**

| | |
|---|---|
| **Location of Incident** *616 MOSS NECK RD Apt. 29, Lumberton NC* | **Last Known Secure** *10/06/2021 08:56 Wed* |
| **Gang Relat** NO **Premise Type** *Residence/home* **P ZONE/D ZONE** | **At Found** *10/06/2021 08:57 Wed* |

| | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| **#1** | **Assault By Pointing A Gun** 14-34 | | *Handgun* | | | *N* |
| | | | Entry | Exit | Security | |
| **#2** | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| **#3** | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

# of Victims  1   Type: Individual (not a LE Officer)   Injury: Apparent Minor Injury

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | ███████████ | 1, | ███ | ██ | █ | ███ | *Resident* | |

**Home Address** ███████████ *Lumberton, NC 28360-*   **Email**   **Home Phone** ████████

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

Type: Individual (not a LE Officer)   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **RP** | SMITH, CALEB J | | 28 | W | M | | *Non-Resident* | |

**Home Address** *1100 CENTER ST. FAYETTEVILLE, NC 28306*   **Email**   **Home Phone** *910-703-2875*

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address**   **Email**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 19 | EVID | $1.00 | | 1 | TAURUS G3 9MM HANDGUN | 9MM/TAURUS/G3 | ACG00162 |
| | | | | | | | | |

**Status**

**Officer/ID#** ANDREWS, J. G. (MAJ, MC) (JA3218)

**Invest ID#** LASSITER, S. M. (DET, MC) (SL4384)   **Supervisor** BUFFKIN, R. D. (PAT, PAT) (RB2776)

| Complainant Signature | Case Status Open 10/07/2021 | Case Disposition: | Page 1 |
|---|---|---|---|

R_CS1IBR   Printed By: SB7754, B WILKINS   Sys#: 279381   12/12/2022