**EXHIBIT A – SUMMARY OF INCOMPLETE PRODUCTION**

---

## SUMMARY OF DEFENDANTS' INCOMPLETE DISCOVERY PRODUCTION

Plaintiff submits this summary to assist the Court in understanding the current discovery issue, Defendants' incomplete production, and the resulting prejudice to Plaintiff.

---

### 1. REQUESTED MATERIALS

Plaintiff requested, among other things:

- All video and audio recordings related to the events underlying this action;

- Recordings of interactions between Plaintiff and Defendants;

- Recordings of the December 13, 2022 meeting;

- Any related system records, including audit logs or metadata reflecting recording, access, or retention of such materials.

---

### 2. DEFENDANTS' POSITION AND DELAY

Defendants:

- Acknowledged the existence of responsive recordings;

- Delayed production on the basis that a protective order was required to produce confidential material;

- Obtained entry of a protective order prior to producing any recordings.

---

## 3. PARTIAL AND SELECTIVE PRODUCTION

Following entry of the protective order, Defendants produced:

- Video footage dated October 6, 2021.

However:

- Plaintiff already possesses this footage independently;

- The produced material does not reflect new or previously unavailable evidence;

- No additional recordings of similar nature or relevance were produced.

---

## 4. MISSING MATERIALS

Defendants have not produced:

- Any video or audio recordings related to the December 13, 2022 meeting;

- Any additional responsive recordings that may exist within the same system;

- Any audit logs, system records, or metadata previously referenced by Defendants.

---

## 5. RELEVANCE AND SYSTEM CONSISTENCY

- The October 6, 2021 footage demonstrates that Defendants maintain recordings within their system;

- The December 13, 2022 meeting arises from the same agency, context, and recording system;

- Upon information and belief, Defendants have acknowledged the existence of recordings related to that meeting;

- The absence of such recordings, without explanation, raises questions regarding the completeness of Defendants' production.

---

## 6. PLAINTIFF'S GOOD FAITH EFFORTS

Plaintiff has:

- Agreed to a protective order;

- Executed and returned the order promptly;

- Followed up regarding incomplete production;

- *Requested confirmation of whether all responsive materials have been produced.*

---

## 7. PREJUDICE TO PLAINTIFF

Plaintiff is proceeding pro se and has undertaken substantial effort to understand and comply with the Federal Rules of Civil Procedure and this Court's requirements.

This matter arises from events dating back to 2021. The delay in producing relevant evidence—particularly after Defendants conditioned production on a protective order—has resulted in only limited and duplicative production.

The failure to produce additional recordings and related system records places Plaintiff at a disadvantage in:

- evaluating the completeness of Defendants' disclosures;

- preparing for depositions and motion practice;

- and fully presenting his claims.

Plaintiff respectfully submits that continued delay or incomplete production risks impairing his ability to fully and fairly litigate this matter.

---

## 8. CURRENT ISSUE

Defendants have:

- Delayed production pending a protective order;

- Produced only limited and duplicative materials;

- Failed to produce key requested recordings and related system data;

- Failed to confirm whether production is complete.

## 9. RELIEF REQUESTED

Plaintiff seeks:

- Immediate production of all responsive recordings, including those related to December 13, 2022;

- Production of all remaining responsive evidence, including audit logs and related system records;

- Certification that all responsive materials have been produced in full.

- Production of all booking related footage relating to the incident and dates in question.