Exhibit B

**CERTIFICATE OF CONFERRAL**

Plaintiff certifies that he has conferred in good faith with Defendants in an effort to

obtain the requested discovery without Court intervention. Plaintiff has communicated

with Defendants regarding the incomplete production of responsive materials and

requested confirmation as to whether all responsive evidence has been produced. Despite

these efforts, the issue remains unresolved, necessitating this motion.

*Maurice Faye*

04/08/2026

5:25-ct-3077