IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:25-CT-3077-FL

| | |
|---|---|
| MAURKICE DOCK FOYE,     ) | |
|             ) | |
|     Plaintiffs,       ) | |
|             ) | |
|     v.         ) | **OBJECTION AND MOTION FOR** |
|             ) | **PROTECTIVE ORDER** |
| JAMES OBERSHEA, DETECTIVE   ) | |

MAURKICE DOCK FOYE,

   Plaintiffs,

   v.

JAMES OBERSHEA, DETECTIVE
MATTHEW LASSITER, FIRST
SERGEANT LEWIS, DEPUTY
ANDREWS, DEPUTY VAZQUEZ,
and ROBESON COUNTY,

   Defendants.

**OBJECTION AND MOTION FOR
PROTECTIVE ORDER**

NOW COMES, Defendants, by and through the undersigned counsel, and object to Plaintiff's Notice of Deposition of Defendant Andrews and move this Court pursuant to Federal Rules of Civil Procedure 26, 28, and 30, to issue a Protective Order requiring that Plaintiff comply with discovery requirements and requirements under the Federal Rules of Civil Procedure before proceeding with additional depositions.  Plaintiff has already conducted the deposition of Defendant Lassiter on April 6, 2026, but said deposition did not comply with the Federal Rules of Civil Procedure and Plaintiff engaged in misrepresentation to counsel for Defendants during said deposition.

In support of this Motion, Defendants are contemporaneously filing a memorandum of law.

This the 14th day of April 2026.

CRANFILL SUMNER LLP

BY:    */s/ Patrick H. Flanagan*
       Patrick H. Flanagan, NC Bar #17407
       Jake W. Stewart, NC Bar #51157
       Attorneys for Defendnts
       P.O. Box 30787
       Charlotte, NC 28230
       Telephone (704) 332-8300
       Facsimile (704) 332-9994
       phf@cshlaw.com
       jstewart@cshlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on April 14th, 2026 the foregoing **DEFENDANTS' OBJECTION AND MOTION FOR A PROTECTIVE ORDER,** was filed electronically with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system and served the same on all of the parties to this cause by depositing a copy hereof, postage prepaid, in the United States Mail, addressed as follows:

Maurkice Foye
117 Ridge Drive
St. Pauls, NC 28384
Email: maurkicef@gmail.com
*Plaintiff Pro Se*

CRANFILL SUMNER LLP

BY:  */s/ Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
Jake W. Stewart, NC Bar #51157
Attorneys for Defendnts
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com
jstewart@cshlaw.com