Case No.: 5:25-CT-3077-FL

| | | |
|---|---|---|
| MAURKICE DOCK FOYE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **APPENDIX FOR DEFENDANTS'** |
| | ) | **RESPONSE TO PLAINTIFF'S** |
| JAMES OBERSHEA, DETECTIVE | ) | **STATEMENT OF FACTS** |
| MATTHEW LASSITER, FIRST | ) | |
| SERGEANT LEWIS, DEPUTY | ) | |
| ANDREWS, DEPUTY VAZQUEZ, | ) | |
| and ROBESON COUNTY, | ) | |
| | ) | |
| Defendants. | | |

## **TABLE OF CONTENTS**

*Affidavit of Andrews*................................................................................Exhibit 1

*Affidavit of Lassiter* ...............................................................................Exhibit 2

*Plaintiff's 2022 Complaint* .....................................................................Exhibit 3

*Order Dismissing Pl's 2022 Complaint* ..................................................Exhibit 4

*Plaintiff's 2024 Complaint*......................................................................Exhibit 5

*Order Dismissing Pl's 2024 Complaint*...................................................Exhibit 6

*RFA Responses of Df Robeson County* ....................................................Exhibit 7

*RFA Responses of Df Lassiter*.................................................................Exhibit 8

*RFA Responses of Df Andrews* ...............................................................Exhibit 9

*RFA Responses of Df Vazquez* ................................................................Exhibit 10

*RFA Responses of Df Obershea*...............................................................Exhibit 11