Case No.: 5:25-CT-3077-FL

| | |
|---|---|
| MAURKICE DOCK FOYE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>JAMES OBERSHEA, DETECTIVE )<br>MATTHEW LASSITER, FIRST )<br>SERGEANT LEWIS, DEPUTY )<br>ANDREWS, DEPUTY VAZQUEZ, )<br>and ROBESON COUNTY, )<br><br>Defendants. | **AFFIDAVIT OF JASON ANDREWS** |

I, Jason Andrews, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen and competent to testify. I have personal knowledge of the matters set forth in this Affidavit.

2. I am currently employed by the Robeson County Sheriff and was employed by the Robeson County Sheriff on October 6, 2021.

3. On October 6, 2021, I was dispatched to a residence in reference to a domestic disturbance. Upon arrival, I was aware a witness reported shots fired and a female screaming and begging for help.

4. When I got to the residence, I observed the residence to be a mobile home with the front doorway slightly open. I announced my presence as law enforcement and knocked on the side of the residence. I then saw the front door shut.

5. I continued to announce and instruct anyone in the home to come outside, then called for another unit to my location.

6. The front door opened and a black female exited the residence. I instructed she come towards me and as she got closer, I observed she had a swollen left eye with marks around it.

7. I asked her if anyone else was in the residence, then observed a black male exit the residence through the front door.

8. I walked over to the male and conducted a safety pat down for weapons. Upon discovering no weapons, I detained the male by placing him into handcuffs and putting him in the back of my patrol vehicle.

9. I detained the male for security and safety purposes based upon the information I received and observed. Specifically, I was the lone officer on scene, I was responding to reported gun shots, I was aware there were reports that a female was screaming and begging prior to my arrival, I saw the female who walked out of the residence had a swollen left eye, and I witnessed the front door to the residence close once I announced myself as law enforcement. At the time, I was concerned for my safety and the safety of the female.

10. I soon discovered the identity of the male was Maurkice Foye and the identify of the female was Jakiya Chatman.

11. After placing Mr. Foye in my police vehicle, another officer arrived on scene and we spoke with Ms. Chatman. Ms. Chatman indicated there was a firearm located in the open kitchen cabinet in her residence. She also gave verbal consent for us to retrieve the firearm.

12. I did not know who else, if anyone was inside the residence. Due to safety and security concerns, we went inside to retrieve the firearm based upon the verbal consent from Ms. Chatman, who owned the home.

13. Upon retrieval of the firearm, I secured it in my vehicle.

14. Detective Lassiter arrived on scene shortly after I secured the firearm and he took over investigation of the matter.

15. I remained on scene and transported Mr. Foye to the Robeson County Sheriff's Officer at the conclusion of the investigation, where I handed him over to Detective Lassiter.


FURTHER THE AFFIANT SAYETH NOT.

Executed this the **20** day of April, 2026.

_____
JASON ANDREWS


Subscribed and sworn before me, this 20 day of April, 2026.

_____
Signature of Notary Public

Melissa Rogers
_____
Printed Name of Notary Public

My commission expires: 1-30-29