IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:25-CT-3077-FL

MAURKICE DOCK FOYE, )
)
Plaintiffs, )
)
v. )
) **AFFIDAVIT OF MATTHEW**
JAMES OBERSHEA, DETECTIVE ) **LASSITER**
MATTHEW LASSITER, FIRST )
SERGEANT LEWIS, DEPUTY )
ANDREWS, DEPUTY VAZQUEZ, )
and ROBESON COUNTY, )
)
Defendants. )

I, Matthew Lassiter, being duly sworn, deposes and says as follows:

1.     I am over the age of eighteen and competent to testify. I have personal knowledge of the matters set forth in this Affidavit.

2.     I am currently employed by the Robeson County Sheriff and was employed by the Robeson County Sheriff on October 6, 2021.

3.     On October 6, 2021, I responded to a domestic disturbance.

4.     Upon arrival, then Deputy Andrews briefed me of the events that had taken place. He informed me that he responded to the call where a witness reported shots fired and a female screaming and begging for help.

5.     He further reported that when he arrived, the front door was slightly open and when he announced his presence as law enforcement, the door closed.

6. A female, who was identified as Jakiya Chatman, then came out of the residence with a swollen left eye. Then a male came out of the residence, who was identified as Maurkice Foye. Deputy Andrews informed me he conducted a pat down of Mr. Foye for weapons and detained him for safety and security purposes.

7. Deputy Andrews also informed me a firearm was located inside an open cabinet in the kitchen in the residence. The firearm was retrieved after obtaining verbal consent from the homeowner, Ms. Chatman.

8. I spoke with Ms. Chatman, who told me she got into a verbal altercation with her boyfriend, Mr. Foye. She reported she had been living with Mr. Foye for the past three months. The verbal altercation became physical. Ms. Chatman then reported she went to the bedroom and jumped out of a window and ran to the back door. Ms. Chatman reported she did not hear a gun shot and did not see Mr. Foye with a gun.

9. I also spoke with a neighbor, Caleb Smith. Mr. Smith reported he was doing work in his trailer when he heard a female screaming. He then heard one or two gun shots come from where he heard the female screaming, then saw a female jump out of the window of the trailer, screaming for help. He said she ran to the front of the trailer, where a male came out of the house and pulled her back in. That is when he called 911.

10. Mr. Foye and Ms. Chatman both signed a consent to search form. Each were advised of their rights prior to signing the form. The form was signed voluntarily. After the form was executed, a full search of the home was conducted.

11. Mr. Foye was transported to the Robeson County Sheriff's Office, where he was read his Miranda rights and agreed to speak with me.

2

4936-8620-7394, v. 1

12. Mr. Foye stated Ms. Chatman owned a gun but that he never knows where she keeps it because he is a convicted felon. He also stated the gun was not involved in the altercation.

13. Mr. Foye indicated Ms. Chatman bought the gun about three weeks prior and that he had never held or shot the gun.

14. Mr. Foye was charged with possession of a firearm by a convicted felon and assault on a female.

15. The possession of a firearm charge was brought based upon a firearm being located and found in a common area in a home occupied by a convicted felon. This constituted control, custody, or possession of a firearm by a convicted felon. The arrest warrant was signed by a magistrate.

16. The assault on a female charge was brought based upon Ms. Chatman's swollen left eye and her statement that the altercation with Mr. Foye became physical after she hit him. The arrest warrant was signed by a magistrate.

17. I believe I had probable cause to charge Mr. Foye with possession of a firearm by a convicted felon because he was a convicted felon living in a home where he had access to a firearm kept in an open cabinet in the kitchen.

18. I believe I had probable cause to charge Mr. Foye with assault on a female because Ms. Chatman reported a physical altercation and her left eye was swollen.

FURTHER THE AFFIANT SAYETH NOT.

Executed this the 20th day of April, 2026.

MATTHEW LASSITER

4936-8620-7394, v. 1

Subscribed and sworn before me, this 20th day of April, 2026.

_Charlotte N. Locklear_
Signature of Notary Public

_Charlotte N. Locklear_
Printed Name of Notary Public

My commission expires: _Nov. 17, 2029_

4936-8620-7394, v. 1