**EXHIBIT**

**3**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 22-_____

| | | |
|---|---|---|
| MAURKICE FOYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF REMOVAL TO FEDERAL** |
| v. | ) | **COURT** |
| | ) | |
| MATTHEW LASSITER and ROBESON | ) | |
| COUNTY SHERIFF'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Matthew Lassiter and Robeson County Sheriff's Office (hereinafter "Defendants") by and through the undersigned counsel, respectfully remove the above-captioned action from the Superior Court of Robeson County, North Carolina, to the United States District Court for the Eastern District of North Carolina, pursuant to 28 U.S.C. § 1331, § 1441, § 1446, and §1367.

In support of this *Notice of Removal to Federal Court*, Defendants state as follows:

1. It appears that on December 16, 2022, Plaintiff filed a Complaint in the Superior Court of Robeson County, North Carolina, styled *Maurkice Foye v. Matthew Lassiter and Robeson County Sheriff*, which matter was assigned Civil Action No. 22 CVS 3334. Defendants were served with the Summons and Complaint on or after December 16, 2022.

2. Pursuant to 28 U.S.C. § 1446(b), a copy of all process and pleadings served upon Defendants are attached hereto as **Exhibit A-D**.

3. This notice is being filed within thirty (30) days of the date of service of the Summons and Complaint in this cause on Defendants; accordingly, this Notice is timely filed

pursuant to 28 U.S.C. § 1446(b). Defendants are represented by the undersigned counsel and each Defendant consents to removal.

4. In the Complaint, Plaintiff has alleged causes of action against Defendants, including a claim of deprivation of Plaintiff's civil rights in violation of the Civil Rights Act of 1871, 42 U.S.C. §§ 1983 and for damages arising under the laws of the United States. In the Complaint, Plaintiff seeks money damages arising out of an incident that occurred on October 6, 2021 wherein Plaintiff was allegedly unlawfully arrested and imprisoned on charges of Possession of a Firearm and a domestic Assault. In the Complaint, Plaintiff asserts that Defendants violated his federal constitutional rights and asserts claims against Defendants pursuant to 42 U.S.C. § 1983. Plaintiff seeks damages for emotional trauma, reimbursement for "moneys spent on bail," and for reimbursement for "time lost while imprisoned" against his will **(See Exhibit A).**

5. Because this is a civil suit for damages arising under the laws of the United States, specifically, the Civil Rights Act of 1871, 42 U.S.C. §§ 1983, this case involves a federal question and federal jurisdiction is therefore founded upon 28 U.S.C. § 1331 and is removable to federal court pursuant to 28 U.S.C. § 1441. Further this Court has supplemental jurisdiction over the remaining state law claims, if any, pursuant to 28 U.S.C. § 1367.

6. Based on federal question jurisdiction, Defendants contend that the aforesaid state action may be removed by Defendants pursuant to 28 U.S.C. § 1441. Defendants contend that the United States District Court would be acting within its discretion by exercising supplemental jurisdiction over the remaining state claims, if any, pursuant to 28 U.S.C. § 1367.

7. The undersigned hereby removes this action from the aforesaid Superior Court of Robeson County, North Carolina, to the United States District Court for the Eastern District of North Carolina by filing this Notice of Removal.

Case 5:23-cv-00609-FL Document 46-1 Filed 01/12/23 Page 2 of 19
4873-3823-6234, v. 1

8.      Written notice of filing of this Notice of Removal will be served upon the adverse party in this action as required by law.

9.      A copy of this Notice of Removal has been sent for filing with the Clerk of the Superior Court of Robeson County, North Carolina, as shown by the Notice attached hereto as **Exhibit E**.

WHEREFORE, the Defendants Matthew Lassiter and Robeson County Sheriff's Office hereby give notice that this action has been removed from the Superior Court of Robeson County, North Carolina, to the United States District Court for the Eastern District of North Carolina.

This the 17th day of January, 2023.

CRANFILL SUMNER LLP

BY:     /s/ *Patrick H. Flanagan*
        Patrick H. Flanagan, State Bar #17407
        *Attorney for Defendants*
        Post Office Box 30787
        Charlotte, North Carolina 28230
        Telephone: (704) 332-8300
        Facsimile: (704) 332-9994
        phf@cshlaw.com

3

4873-3823-6234, v. 1

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing ***Notice of Removal to Federal Court*** with the Clerk of Court using the CM/ECF system and served the same on all of the parties to this cause by depositing a copy hereof, postage prepaid, in the United States Mail, addressed as follows:

Maurkice Foye
3525 E Elizabethtown Road TRL 114
Lumberton, NC 28358
*Plaintiff Pro Se*

This the 17th day of January, 2023.

CRANFILL SUMNER LLP

BY:   /s/ *Patrick H. Flanagan*
      Patrick H. Flanagan, State Bar #17407
      *Attorney for Defendants*
      Post Office Box 30787
      Charlotte, North Carolina 28230
      Telephone: (704) 332-8300
      Facsimile: (704) 332-9994
      phf@cshlaw.com

4873-3823-6234, v. 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
No. _____

Maurkice Foye )
)
)
Plaintiff(s), )
)
)
v. )
)
Matthew Lassiter & Robeson County Sheriff's Office )
)
)
Defendant(s). )

**SUPPLEMENTAL REMOVAL COVER SHEET**

**The removing party must complete this Supplemental Removal Cover Sheet and comply with Local Civil Rule 5.3. Attach separate sheets as necessary to provide complete responses.**

## Section A—Plaintiffs

List the full name of each plaintiff from the state court action and indicate whether the plaintiff is pending (i.e., in case currently), dismissed, or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination

| Full Name of Plaintiff | Pending at time of removal – Yes/No? | Dismissed or terminated? Yes/No? | Date of Dismissal or Termination |
|---|---|---|---|
| Maurkice Foye | Yes | No | N/A |
| | | | |
| | | | |
| | | | |
| | | | |

## Section B—Defendants

List the full name of each defendant from the state court action and indicate whether the defendant is pending, dismissed or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination. If known, indicate if and when each defendant was served with process and whether the defendant joins in the removal.

| Full Name of Defendant | Pending at time of removal? Yes/No? | Dismissed or terminated? Yes/No? (If yes, state date of termination) | Has defendant been served with process? Yes/No/Unknown? | If served with process, date of service? | Does the defendant join in removal? Yes/No? |
|---|---|---|---|---|---|
| Matthew Lassiter | Yes | No | Yes | 12/16/22 | N/A |
| Robeson County Sheriff's Office | Yes | No | Yes | 12/16/22 | N/A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Section C—Removal pursuant to 28 U.S.C. § 1442(d)(1)

Is only part of the state court action being removed pursuant to 28 U.S.C. § 1442(d)(1)?
Yes _____     No __✔__

If "Yes," specify what portion of the state court action is being removed, and then proceed to the signature page. If "No," proceed to Section D.

_____

_____

_____

2

## Section D—Pending State Court Motions as of Date of Removal

Is there currently a temporary restraining order or preliminary injunction in place in this action from state court?  Yes _____   No___✔___

List every known motion pending at the time of removal.  Indicate the name of the filer, the date of filing, whether the motion has a supporting memorandum, and whether the motion is time sensitive, such as a motion for preliminary injunction.

| Title of Pending Motion | Name of Filer | Date of Filing | Memorandum--Yes/No? | Time sensitive? Yes/No? |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Section E—Scheduled State Court Hearings as of Date of Removal

| Date and Time of Hearing | Hearing Type | Assigned State Court Judge |
|---|---|---|
| N/A | | |
| | | |
| | | |

3

Date: 1/17/2023

_____
Signature of Attorney for Removing Party or
Unrepresented Removing Party

Printed Name Patrick Flanagan_____

Law Firm Cranfill Sumner_____

Address P.O. Box 30787_____

Charlotte, NC 28230_____

Telephone Number (704)-332-8300_____

Fax Number (704) 332-9994_____

Email Address: phf@cshlaw.com_____

State Bar No. 17407_____

# UNITED STATES DISTRICT COURT
for the

Robeson County District of North

Carolina Division

|  |  |
|---|---|
| Maurkice Foye | ) Case No. __22 CVS 3334__ |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) Jury Trial: _(check one)_ ☐ Yes ☐ No |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
|  | ) |
|  | ) |
| Matthew Lassiter, Robeson County Sheriff office | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names. Do not include addresses here.) | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

**EXHIBIT**

**A**

Page 1 of 6

I.      The Parties to This Complaint

A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Maurkice Foye
Address         3525 E elizabethtown rd TRL 114
                Lumberton                    NC         28358
                    *City*          *State*          *Zip Code*
County          Robeson
Telephone Number   901-436-9434
E-Mail Address     Armaanfoye3@gmail.com

B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    Matthew Lassiter
Job or Title *(if known)*   Robeson County sheriff
Address                 120 legend rd
                        Lumberton              NC         28358
                            *City*         *State*       *Zip Code*
County                  Robeson
Telephone Number        910-671-3100
E-Mail Address *(if known)*   Gov. official
☐ Individual capacity  ☑ Official capacity

Defendant No. 2

Name
Job or Title *(if known)*
Address

                            *City*         *State*       *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | | |
|---|---|---|
| City | State | Zip Code |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | | |
|---|---|---|
| City | State | Zip Code |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Civil Rights violation first amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer matthew lassiter acted under color of the law using his power as sheriff to unlawfully arrest me and imprisoned me for 3 days and on the 4th day I made bail.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

616 moss neck rd lot-29
Pembroke NC 28360

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 6th, 2021 about 11:30 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On Oct. 06, 2021 I was unlawfully arrested and imprisoned. The incident report has a totally different crime on it than I was charged with. Officer M. lassiter and 3 other officers on their on free will investigated, found no P.C. and charged me unlawfully in possesion of a firearm that I wasn't in poss. of and with an assault domestic against all regulations and rights. The homeowner and the 3 other officers witnessed it all.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No physical injuries were sustained but my mental state of mind has been permanently scared from this experience. Its one thing to read about injustice but Its a terrible, unimaginable truth actually being involved in the matter. No choice but to accept the situation for what it is and just do what the officer says.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory Damages in amount of $80,000. Emotional trauma which will stay with me for life from my experience with these officers. The Anxiety and Depression from being having to literally fight for my freedom while being innocent. Being Jailed for 3 1/2 days just hoping I could get bailed to fight this case. Reimbursement of moneys spent on bail ($1,000) and to get back and forth to court. Reimbursement for time lost while Imprisoned against my will. Punitive Damages in the amount of $50,000. I do not feel safe in this city after this encounter. I just want to move somewhere new and start over.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff  *Maurice Foye*

Printed Name of Plaintiff  Maurice Foye

### B.    For Attorneys

Date of signing: _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

_____
City                    State          Zip Code

Telephone Number  _____

E-mail Address  _____

# STATE OF NORTH CAROLINA

_Robeson_ County

**File No.** 99 CVDS 3334

In The General Court Of Justice
☐ District ☐ Superior Court Division

**Name Of Plaintiff**
Maurice Fore

**Address**
3529 Elizabethtown rd

**City, State, Zip**
Lumberton NC 28568

## VERSUS

**Name Of Defendant(s)**
Matthew Lassiter Robeson County
Sheriffs office

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
Matthew Lassiter 120 legend rd
Lumberton NC 28358

**Name And Address Of Defendant 2**
James Obershea
120 legend rd Lumberton NC 28358

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
3529 e elizabethtown rd

**Date Issued**
12/16/22

**Time**
6:51 ☐ AM ☑ PM

**Signature**

☑ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

---

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time**
☐ AM ☐ PM

**Signature**

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** _Many counties have_ **MANDATORY ARBITRATION** _programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

Side One Copy - Side Two Not Reproduced

EXHIBIT B

**(TYPE OR PRINT IN BLACK INK)**

In The General Court Of Justice
☐ District ☐ Superior Court Division

File No. 22CVS 3334

Additional File Nos.

## STATE OF NORTH CAROLINA

Robeson County

Name Of Applicant
Maurkice Faye

Street Number And Street Name, Including Apartment Or Unit Number If Applicable
3525 E elizabethtown rd Trl 114

City, State And Zip Code
Lumberton NC 28358

Full Permanent Mailing Address Of Applicant (If Different Than Above)

### AFFIDAVIT OF INDIGENCY
G.S. 7A-450 et seq.

Offense(s)

**Applicant:** *Do you have other pending criminal charge(s) in which a lawyer has been appointed?* ☐ Yes ☑ No
Name Of Lawyer

Telephone Number Of Applicant
901-436-9434

Date Of Birth
09-06-1999

☐ Defendant ☐ Parent/Guardian/Trustee ☐

Full Social Security No. Of Applicant
2 4 3 - 9 1 1 - 8 2 9 1 1    ☐ Has No Social Security No.

| MONTHLY INCOME (money you make) | | MONTHLY EXPENSES (money you pay out) | |
|---|---|---|---|
| Employment - Applicant | $1800 | Number Of Dependents | 0 |
| Name And Address Of Applicant's Employer (If not employed, state reason; if self-employed, state trade) Denny's Lumberton, NC | | Shelter ☐ Buying ☐ Renting | $ 350 |
| | | Food (including Food Stamps) | $ 400 |
| | | Utilities (power, water, heating, phone, cable, etc.) | $ 400 |
| Other Income (Welfare, Food Stamps, S/S, Pensions, etc.) | $ 281 | Health Care | $ 0 |
| Employment - Spouse | $ | Installment Payments ☑ Vehicle ☐ Other | $ 560 |
| Name And Address Of Spouse's Employer | | Car Expenses (gas, insurance, etc.) | $ 100 |
| | | Support Payments | $ 0 |
| | | Other: (specify) | $ 0 |
| **Total Monthly Income** ▶ | $ | **Total Monthly Expenses** ▶ | $ 1810 |

| DESCRIPTION OF ASSETS AND LIABILITIES | | ASSETS (things you own) | LIABILITIES (amounts you owe) |
|---|---|---|---|
| Cash On Hand And In Bank Accounts (List Name Of Bank & Account No.) 0 | | $ 0 | |
| Money Owed To Or Held For Applicant 0 | | $ 0 | |
| Motor Vehicles (List Make, Model, Year) 0 | | $ 0 (Fair Market Value) | $ 0 (Balance Due) |
| Real Estate 0 | | $ X (Fair Market Value) | $ 0 (Balance Due) |
| Personal Property 3525 E elizabethtown rd 114 | | $ 6,000 (Fair Market Value) | $ 0 (Balance Due) |
| Other Debts | | | $ 0 |
| Last Income Tax Filed 20_____ ☐ Refund ☐ Owe | | $ | $ 0 |
| Other | | $ | $ 0 |
| **Total Assets And Liabilities** | | ▶ $ 3340 | ▶ $ 0 |

| Bond Type | Amount $ | By Whom Posted |
|---|---|---|

**NOTE:** *Read the notice on the reverse side before completing this form.*

AOC-CR-226, Rev. 10/13
© 2013 Administrative Office of the Courts

(Over)

**EXHIBIT C**

# STATE OF NORTH CAROLINA

*Robeson* ~~Cumberland~~ **County**

**Name Of Plaintiff**

Maurkice Foye

**VERSUS**

**Name Of Defendant**

Matthew Lassiter, Robeson County Sheriffs Office

**File No.** 22 CVS 3334

**In The General Court Of Justice**
☑ District ☐ Superior Court Division

## PETITION TO PROCEED AS AN INDIGENT

G.S. 1-110; 7A-228

**AFFIDAVIT**

*(check one of the four boxes below)*

☒ **Petition To Assert Claims** - As a party in the above entitled action, I affirm that I am financially unable to advance the required costs for the prosecution of the claims I have asserted. Therefore, I now petition the Court for an order allowing me to assert my claims as an indigent.

  ☐ I am an inmate in the custody of the Division of Adult Correction and Juvenile Justice.
  **(NOTE TO CLERK:** *If this block is checked, this Petition must be submitted to a Superior Court Judge for disposition provided on the reverse.)*

☑ **Petition To File Motions** - As a party in the above entitled action, I affirm that I am financially unable to advance the required costs to file a notice of hearing on a motion. Therefore, I now petition the Court for an order allowing me to file my motion as an indigent.

☐ **Petition To Appeal** - As the individual appellant in the above entitled small claims action, I affirm that I am financially unable to pay the cost for the appeal of this action from small claims to district court. Therefore, I now petition the Court for an order allowing me to appeal this action to district court as an indigent.

☐ **Petition To File Expunction Petition** - As the petitioner in the above entitled action, I affirm that I am financially unable to advance the required costs to file an expunction petition. Therefore, I now petition the Court for an order allowing me to file my expunction petition as an indigent.

*(check one or more of the boxes below as applicable)*

☐ I am presently a recipient of
  ☒ Supplemental Nutrition Assistance Program (SNAP/food stamps). ☐ Temporary Assistance for Needy Families (TANF).
  ☑ Supplemental Security Income (SSI).

☐ I am represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons, or I am represented by private counsel working on behalf of such a legal services organization. *(Attach a letter from your legal services attorney or have your attorney sign the certificate below.)*

☐ Although I am not a recipient of SNAP/food stamps, TANF, or SSI, nor am I represented by legal services, I am financially unable to advance the costs of filing this action or appeal.

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | **Date** 12/7/22 |
|---|---|
| **Date** 12/16/2022 **Signature** | **Signature Of Petitioner** Maurkice Foye |
| **Title Of Person Authorized To Administer Oaths** Deputy Clerk | **Name And Address Of Petitioner** *(type or print)* Maurkice Foye 3525 E Elizabethtown rd |
| **Date Commission Expires** | |
| **SEAL** | |

**CERTIFICATE OF LEGAL SERVICES/PRO BONO REPRESENTATION**

I certify that the above named petitioner is represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons or is represented by private counsel working on behalf of or under the auspices of such legal services organization.

| **Date** | **Signature** |
|---|---|

**Name And Address** *(type or print)*

**ORDER**

Based on the Affidavit appearing above, it is ORDERED that:

☐ the petitioner is authorized to assert claims, to appeal, or file notices of hearing or petitions in this action as an indigent.

☐ the petition is denied.

| **Date** 12-16-22 | **Signature** | ☑ Assistant CSC ☐ Judge | ☐ Clerk Of Superior Court ☐ Magistrate (for appeal only) |
|---|---|---|---|

**NOTE TO CLERK:** *If the petitioner is NOT a recipient of SNAP/food stamps, TANF, SSI or is NOT represented by legal services or a private attorney on behalf of legal services, you may ask for additional financial information to determine whether the petitioner is unable to pay the costs.*

(Over)

AOC-G-106, Rev. 2/18, © 2018 Administrative Office of the Courts

**EXHIBIT D**

STATE OF NORTH CAROLINA

COUNTY OF ROBESON

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
22 CVS 3334

MAURKICE FOYE,

              Plaintiff,

         v.

MATTHEW LASSITER and ROBESON
COUNTY SHERIFF'S OFFICE,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**NOTICE OF REMOVAL TO FEDERAL
COURT**

      PLEASE TAKE NOTICE that Defendants, Matthew Lassiter and Robeson County Sheriff's Office, by and through counsel, have this day filed a Notice of Removal to Federal Court with the United States District Court for the Eastern District of North Carolina, for the removal of this action from Robeson County Superior Court, North Carolina, to the United States District Court for the Eastern District of North Carolina. A copy of the Notice of Removal to Federal Court, electronically filed with the Federal Court today, is attached hereto as Exhibit 1.

      This the 17th day of January, 2023.

                                    CRANFILL SUMNER LLP

BY:                _____
                    Patrick H. Flanagan, NC Bar #17407
                    Attorney for Defendants
                    P.O. Box 30787
                    Charlotte, NC 28230
                    Telephone (704) 332-8300
                    Facsimile (704) 332-9994
                    phf@cshlaw.com

1

**EXHIBIT
E**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this day served the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** on all of the parties to this cause by:

_____ Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

_____ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

_____ Telecopying a copy hereof to the attorney for each said party as follows:

__X__ Via electronic mail addressed to the attorney for each said party as follows:

Maurkice Foye
3525 E Elizabethtown Road TRL 114
Lumberton, NC 28358
*Plaintiff Pro Se*

This the 17th day of January, 2023.

CRANFILL SUMNER LLP

BY: _____
Patrick H. Flanagan, NC Bar #17407
Attorney for Defendants
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com