**EXHIBIT**

**5**


*IN THE UNITED STATES DISTRICT COURT*

*FOR THE EASTERN DISTRICT OF NORTH CAROLINA*

Southern DIVISION

Maurice Foye

v.

Dt. matthew lassiter
Deputy Andrews
Deputy Vazquez
first Sergeant lewis

7:24-cv-00709-FL

for deprivation of Constitutional and civil rights.

Plaintiff resides at:

117 ridge dr lot 9, St pauls NC 28384.

Defendant(s)' name(s) and address(es), if known:

- Matthew lassiter
- Deputy Andrews
- Deputy Vazquez
- first Sergeant lewis
- all of the robeson County Sheriffs office

1

Jurisdiction in this court is based on:

Subject matter jurisdiction gives this court the authority to hear this case being that Constitutional and Civil Rights have been violated. This is a 1983 US Code 42 lawsuit.

The acts complained of in this suit concern:

- title 42 U.S. Code § 1983
- title 42 U.S Code § 1985
- title 18 U.S. Code § 242
- title 18 U.S. Code § 241
- Intentional tort
- Negligent tort
- Gross negligence
- failure to protect
- false imprisonment
- infliction of emotional distress
- Violation of my 14th, 5th, and 4th Constitutionally protected rights.
- Racial Discrimination

2

The fact that when i asked the defendant why I was charged he simply replied "because he could" and that was the last thing I heard as he closed the door and drove me to the jailhouse. In clear violation of my civil rights and in violation of an the deprivation of my constitutionally protected rights.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Compensatory damages in the amount of $150,000 for the emotional trauma, The infliction of emotional distress I had to experience and will forever Be in my head, Also Punitive damages in the amount of 50,000 due to the efforts put into depriving me I want to ensure it doesn't get swept under the rug.

08/02/2024

DATE

_Justice Faye_

SIGNATURE OF PLAINTIFF

117 ridge dr lot 4
St pauls NC 28384

910-302-1454

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3

maurkice Foye
maudre foye

United states district Court    08/02/2024

Maurkice Foye

vs

Det. matthew lassiter
Dep. Andrews
Dep. Vazquez
First Sergeant lewis

Complaint.

On October 06ᵗʰ, 2021 the defendants named above responded to a domestic violence call with shots fire as they say. I was racially discriminated upon only because im black with a record. The officers used their own personal prejudices to make their truth my reality. Instead of using the evidence they had avaliable, they decided to create the evidence they needed in order to enhance charges. upon arrival deputy andrews detained me as I was leaving the property, while I was detained as Deputy Vazquez and first sergeant lewis arrived, first sergeant lewis went on to call me things like a possible gang member, a possible terorist. These officers spoke with mrs. chatman on scene and was told nothing about me having a firearm nor that I lived with her, nor that I knew where she kept her gun.

maurkice foye
Maurice Foye
08/02/2024

# Complaint

At the scene the officers had me detained in their squad car while they searched the home for what ever evidence they were looking for, which they stated was bullet shells and bullet holes, which they never found. Once they didn't recover the evidence they wanted they all huddled up and spoke for about 15 minutes. After that officer matthew lassiter brings me a form to sign that would give them the consent to search the residence that they had already searched. They had already got mrs. chatman's signature and the home was hers only. when I told him I would not sign it because I didn't live there nor did I own the home and he specifically told me I would face many more charges of his choice and he stated I wouldn't Like it. After in distress I signed the paper after telling him atleast 5-6 times I could not but I signed my name wrong because I didn't want to be responsible for their cover up. The fact that I was no where near that gun nor knew where it was and was charged in possesion of the gun is where the deprivation takes place.

maurkice Foye
Maurkice foye
08/02/2024

# Complaint...

I was charged with a felon being in possession of a firearm 10 minutes after I signed that paper. I was booked and jailed for 4 days before I was able to post the $11,000 bail. The fact that these officers made me apart of my own arrest goes to show that this was not reasonable on any grounds and not at all legal. It Shows that the officer had an agenda and was not acting in good faith because with the "evidence" they had the only thing I could of been charged with was the domestic charge and even that was a bad judgement call but it atleast has grounds. These officers allowed it to happen they all coerced each other and aided each other in the unlawful arrest, and unlawful tactics they allowed officer matthew lassiter to deprive me of my constitutionally protected rights. After fighting the case for more than a year it was dissmissed and I went to speak with detective lassiter at the robeson County Sheriffs office,

# Complaint...

Maurkice Foye
Maurkice foye
08/02/2024

where they made it clear that if I was to keep asking questions about that arrest that they would have me arrested again for the same charges. I will present this case as under Section 1983, 42 U.S.C § 1983. Every defendant named acted under color of the law using their authority as Sheriffs to deprive me of my Constitutional rights. The emotional damage caused by these officers is unbearable because october 6th is my grandmothers birthday who passed and being trapped in that cell was the first year in 11 years I didn't make it to her grave and that will hurt forever. Those officers used my color of my skin and my criminal record to decide that I was guilty for themselves and used that to open the door for them to cause me harm by placing me in a situation to have to again fight for my freedom and possibly my life being that jail isn't known to be a friendly place.

maurkice foye
Maurkie faye
08/02/2024

# Complaint...

title 42, Section 1983 of the U.S. Code is a civil rights provision that allows people to sue state or local officials for violating their Constitutional rights. which is the bases for this case. Title 18 U.S. code 242 makes it illegal for anyone acting under color of the law to willfully deprive another person of any rights, privileges, or immumties secured or protected by the Constitution or laws of the United states. Title 18 U.S code 241 makes it unlawful for two or more persons to agree to injure, threaten or intimidate a person in the United States in the free exercise of any right. secured by the Constitution or law of the United states. In North Carolina under general statute 14-415.1, possession of a firearm by a felon is a class G felony and if convicted holds a sentence of 12 months up to two years and two months in prison. In NC there is typically five ways to be charged with the class G felony that I was unlawfully charged with, To be in possession of physically, Constructive possession, Proximity and Control, Joint possession, and evidence and witness testimony.

Maurkice foye

Maurkice foye

08/02/2024

# Complaint...

The police reports will support that I exited mrs. Chatmans residence and was searched and detained about 5 feet away from my vehicle. The police report also states calling witness reported seeing girl exit window, call for help and seen the girl pushed back inside, never mentions seeing a firearm. I told that officer what felt like a Hundred times that i never handled. nor have I ever been near nor would I know the where abouts of mrs. chatmans firearm inside her home as I was only a guest. Once the officers detained me while they investigated every unethical channel they could and still came up with no evidence to support the charges is where the officers intentions and better judgement start to show the lack of good faith and equal protection. which brings in the intentional tort claim, negligent tort, Gross negligence claims. The moment the defendants agreed to allow detective lassiter to violate my 5th, 14th, and 4th Constitutionally protected rights, made them Complacent to the deprivation.

## Complaint...

7. The fact that in the end detective lassiter had the chance to stop it all or deescalate the matter instead he chooses to bring forth an consent to search form which lawfully can not bind me "MAURKICE FOYE" because that is not my name signed. It took these defendants 20 minutes to discuss and create this angle and as soon as I signed it incorrectly in duress and fear of harm, detective lassiter then insisted on the felony charge and continued to do just that. The defendants own police report states that I was detained when detective matthew lassiter arrived so once the officers exhausted every possible scenario they created through their own prejudices and still missing the evidence needed they all willfully and intentionally deprived me of my Constitutionally protected rights in order to seek a criminal prosecution in Court at the ~~*******~~ disposal of myself.

# Complaint...

Maurkice faye
Maurice faye
08/02/2024

with me being charged with an Class G felony without being in possession of the firearm, without being seen with the firearm, with no evidence to support the awareness of the location of the firearm, no evidence to support I ever even touched or even been in the same room as the firearm, its obvious the defendants used unlawful measures in order to conclude I was guilty of this charge. None of the defendants named were present ever in court up until the case was dissmissed. The officers were Called to investigate and had just as much power not to charge as they did to arrest someone, unfortunately for myself the color of my skin and my one felony conviction at the age of 18 on my record only gave me one option in their eyes. Their need to inflict emotional distress intentionally knowing it would send me to prison again as we all know isn't the safest place to live statistically for me uniquely on this day of all, whether they knew or not the pain the defendants caused will never ~~never~~ heal. But for them it was just another day on the job. These defendants had my story, their victims story and another witness and went against what they were told, suggested everyone was lying and that they knew I was guilty of being black.

# Complaint...

The defendants named in this complaint had all the evidence to convince any reasonable officer to the conclusion that there was not any probable to charge me with that firearm. These defendants had nothing to lawfully or reasonably contradict the story of myself and their supposed victim in the case and actually place me in possession of that gun. Nothing other than the fact that they wanted to intentionally place me in duress. The defendants misuse of their position granted through the governments state agency, being the Robeson County sheriffs office acted under color of the law using their position in the force to deprive me of my rights upon arrival to a lawful domestic disturbance call. The defendants had my ID card with a different address than where this incident occured, witness statement, and "victim" statement all of which support that I was never in possession of the gun, seen with the gun, nor was the residence of my dwelling. The defendants based their reasoning for probable cause on the "swelling of mrs. Chatmans eye" conviently enough without the evidence to support. It doesn't help their arguement that the "victim" says in her report specifically stating she threw things, we argued, and never once was hit.

# CIVIL COVER SHEET

7:24-CV-00709-FL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Maurkice foye

**DEFENDANTS**

Detective matthew Lassiter
Deputy andrews
Deputy Vazquez

**(b)** County of Residence of First Listed Plaintiff  Robeson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Robeson
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Maurkice foye
117 ridge dr lot 9. St pauls NC 28384
910-302-1454

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☒ 320 Assault, Libel &   Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander   Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine   Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal   Property Damage | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury -   Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other   ☒ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
title 42 U.S.C section 1983

Brief description of cause:
Deprivation of rights protected

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 200,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 08/02/2024

SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District
Southern Division

Maurkice foye
_____
Plaintiff(s)

v.

Deputy Andrews
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 7:24-cv-00709-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Deputy Andrews
120 legend Rd, lumberton NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

117 Ridge dr Saint Pauls Nc 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                Signature of Clerk or Deputy Clerk

Civil Action No. 7:24 - CV-00709-FL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District
Southern Division

Maurkice foye
*Plaintiff(s)*

v.

Civil Action No. 7:24-cv-00709-FL

Detective Matthew lassiter
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Matthew lassiter
120 legend Rd, lumberton NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

117 Ridge Dr Saint Pauls NC 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:24-cv-00709-FL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the

Eastern District
Southern Division

)
)
)
)
Maurkice foye )
*Plaintiff(s)* )
)
v. )    Civil Action No. 7:24-CV-00709-FL
)
)
)
)
Deputy Vazquez )
*Defendant(s)* )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Deputy Vazquez
120 legend rd, lumberton NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

117 Ridge Dr saint Pauls NC 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                              *Signature of Clerk or Deputy Clerk*

Civil Action No. 7:24-CV-00709-FL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District
Southern Division

Maurkice Foye
*Plaintiff(s)*

v.

Civil Action No. 7:24-cv-00709-FL

First Sergeant Lewis
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

First Sergeant Lewis
120 legend Rd, lumberton NC 28358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

117 Ridg dr Saint Pauls NC 28384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:24- CV-00709-FL

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: